OFFICE OF THE CLERK

PATRICIA S. DODSZUWEIT

CLERK

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1790

Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995



May 29, 2025

Raymond G. Lahoud, Esq.
600 Hamilton Street
Suite 330
Allentown, PA 18101

Joan E. London, Esq.
Kozloff Stoudt
2640 Westview Drive
Wyomissing, PA 19610

Rebecca Price, Esq.
Benjamin P. Sheppard, Esq.
Norris McLaughlin
515 W Hamilton Street
Suite 502
Allentown, PA 18101


RE: Lehigh Valley 1 LLC v. Whitehall Fiduciary LLC, et al
Case Number: 25-1899
District Court Case Number: 5:24-cv-02627
District Court Case Number: 5:24-cv-02709

Dear Counsel:

Pursuant to our docketing letter dated **May 14, 2025**, you were requested electronically file or complete the following in the above-entitled case:

**Appearance Form**
**Concise Summary of the Case**
**Disclosure Statement**
**Information Statement**

**Transcript Purchase Order Form**

The above listed forms must be completed within **fourteen (14) days of the date of this letter**. The forms are available at this court's website.

**IF YOU FAIL TO COMPLY, THE CASE WILL BE DISMISSED PURSUANT TO 3d Cir. L.A.R MISC. 107.1(b) and/or 107.2(a).**

Very truly yours,
Patricia S. Dodszuweit, Clerk

By: s/ Kirsi
Case Manager
267-299-4911

cc: Phillip D. Berger, Esq.
    Erin M. Duffy, Esq.
    Erin E. Lindgren, Esq.