| CONTENT of APPENDIX | FORM of APPENDIX |
|---|---|
| **UNITED STATES COURT *of* APPEALS *for the* THIRD CIRCUIT / REQUIREMENTS for APPENDIX** ||
| **TABLE of CONTENTS**<br>1. Each document entry must:<br>   a. Be sequentially numbered<br>   b. Be titled as originally submitted<br>   c. Include the page number of the appendix on which it begins<br><br>**REQUIRED CONTENTS**<br>1. *Notice of Appeal or Petition for Review<br>2. *Order(s) being appealed<br>3. *Opinion(s) under review<br>4. *Order granting certificate of appealability where applicable<br>5. Docket entries from the originating court/agency<br>6. Any and all relevant portions of the record filed in the originating court/agency to which the brief cites (**See L.A.R. 30.3(a)**)<br>7. Certification of Service if required by F.R.A.P. 25(d)<br><br>*Volume I of the appendix must include these documents and no others. It is the Court's preference that volume I of the appendix be attached to the brief.<br><br>Federal Rules of Appellate Procedure and Local Appellate Rules are accessible under Rules & Procedures via the Third Circuit website.<br><br>**Rules regarding redaction:**<br>Fed. R. App. P. 25(a)(5)<br>Fed. R. Civ. P. 5.2<br>Fed. R. Crim. P. 49.1<br>Fed. R. Bankr. P. 9037 | **COVER**<br>1. Color of Front and Back covers is **white**. **This also applies to a supplemental appendix.**<br>2. Content of Front Cover<br>   a. Name of court<br>   b. Appellate docket number<br>   c. Official Court caption<br>   d. Nature of proceeding in originating court/agency<br>   e. Title of document<br>   f. Name and address of counsel of record<br>   g. The designated volume number<br>   h. The page numbers contained therin<br><br>**PAGES**<br>1. 8 ½ " x 11" opaque paper with clear black image<br>2. Double-sided copies are acceptable<br>3. Must be consecutively paginated<br><br>**BINDING**<br>1. Must be firmly bound along the left margin<br>2. Metal fasteners must be covered with tape<br>3. Volumes that are Velo bound and more than 1 inch thick must be reinforced along the binding<br><br>**Order** – Vacating Option B for Filing of an Appendix<br><br>**Four (4) hard copies of the appendix must be delivered to the Clerk's Office within 5 days of the electronic filing.**<br><br>**For verbal extensions of time, please call 215-597-2995 and select option 3 for Case Management.** |