No. 25-1899

# United States Court of Appeals

### FOR THE THIRD CIRCUIT



**WHITEHALL FIDUCIARY LLC**, AS TRUSTEE OF WHITEHALL TRUST U/T/A DATED AUGUST 1, 2007, AND SAUCON VALLEY TRUST U/T/A DATED OCTOBER 1, 2007,
*Appellants,*

*v.*

**LEHIGH VALLEY 1 LLC,** SUCCESSOR BY ASSIGNMENT TO **WINDSTREAM CAPITAL LLC,** SUCCESSOR BY ASSIGNMENT TO THE **UNITED STATES SECRETARY OF HOUSING AND URBAN DEVELOPMENT,** SUCCESSOR BY ASSIGNMENT TO **M&T REALTY CAPITAL CORPORATION,**
*Appellee.*

_____

### MOTION TO EXCEED THE PAGE LIMITATIONS OF THE FEDERAL RULES OF APPELLATE PROCEDURE

Appellants, Whitehall Fiduciary, LLC, as Trustee of Whitehall Trust U/T/A dated August 1, 2007 ("Whitehall") and Saucon Trust, U/T/A dated October 1, 2007 ("Saucon") (collectively "Appellants"), by and through Counsel, Raymond G. Lahoud, Esquire, of Lahoud Law Group, P.C. ("Counsel for Appellants") respectfully seek leave of the Court to exceed the page and word limitations Federal Rule of Appellate Procedure 27 prescribe with respect to a Motion of Appellants to

Stay District Court Order Appointing Receivers, pending the Court's decision on Appellants appeal of said Order. Appellants attach to this Motion the Motion of Appellants to Stay District Court Order Appointing Receivers as Exhibit A and the Exhibits supporting the Motion of Appellants to Stay District Court Order Appointing Receivers as Exhibit B.

### ARGUMENT

Appellants' Motion to Stay District Court Order Appointing Receivers (the "Motion") is approximately thirty-eight (38) pages in length. The Court reserves overlength briefs for "extraordinary circumstances." See Third Circuit Standing Order Regarding Motions to Exceed the Page Limitations of The Federal Rules of Appellate Procedure (Jan. 9, 2012). For all the foregoing reasons, Appellants indeed meet the standard.

The complexity and significance of this matter requires an analysis which exceeds the Court's prescribed page limitation. Specifically, the District Court's erroneous appointment of Receivers continues to cause irreparable harm to the interests of Appellants. The District Court Order lends to severe, irreparable consequences to Appellants, that cannot be reversed and necessitate the extensive discussion as the Motion contains.

Given that the Receiver's actions have quickly reached a critical point which was not previously foreseen by Appellants. As such, Appellants unfortunately were

2

not in the position to provide advance notice of this Motion Appellant's Motion to Exceed.

A dissection of the District Court's order requires in depth analysis of a multitude of sperate and distinct factors which led to its decision to appoint Receiver, as well as analysis of the legal doctrine of receivership. As a result of the voluminous facts and legal questions at issue in the lower court's order, Appellants must assert many nuanced and diverse legal arguments. Furthermore, Appellants represent are two separate entities, Whitehall and Saucon, jointly in the same matter, which also results in the need for an extensive brief.

## **CONCLUSION**

For all the foregoing reasons, Appellants respectfully request that the Court grant Appellants' Motion to Exceed the Page Limitations of the <u>Federal Rules of Appellate Procedure</u>.

Respectfully Submitted,

**LAHOUD LAW GROUP, P.C.**

Date: August 11, 2025

/s/ Raymond G. Lahoud
Raymond G. Lahoud, Esquire
600 Hamilton Street
Suite 300
Allentown, PA 18101
P:      (484) 544-0022
E:      rgl@raylahoud.com

# CERTIFICATE OF SERVICE

I, Raymond G. Lahoud, Esquire, hereby certify that on the date set forth below I served a true and correct copy of Appellant's Motion to Exceed the Page Limitations of the <u>Federal Rules of Appellate Procedure</u> with the Clerk of the Court for the United States Court of Appeals for the Third Circuit through the Court's CM/ECF system.

I further certify that Counsel for Appellee is a registered CM/ECF user, and that service will be accomplished on the date set forth herein <u>via</u> the Court's CM/ECF system.

Respectfully Submitted,

**LAHOUD LAW GROUP, P.C.**

Date: August 8, 2025

/s/ Raymond G. Lahoud
Raymond G. Lahoud, Esquire
600 Hamilton Street
Suite 300
Allentown, PA 18101
P: (484) 544-0022
E: rgl@raylahoud.com