No. 25-1899

# United States Court of Appeals

## FOR THE THIRD CIRCUIT



**WHITEHALL FIDUCIARY LLC, AS TRUSTEE OF WHITEHALL TRUST U/T/A DATED AUGUST 1, 2007, AND SAUCON VALLEY TRUST U/T/A DATED AUGUST 1, 2007,**
*Appellants,*

*v.*

**LEHIGH VALLEY 1 LLC, SUCCESSOR BY ASSIGNMENT TO WINDSTREAM CAPITAL LLC, SUCCESSOR BY ASSIGNMENT TO THE UNITED STATES SECRETARY OF HOUSING AND URBAN DEVELOPMENT, SUCCESSOR BY ASSIGNMENT TO M&T REALTY CAPITAL CORPORATION,**
*Appellee.*

_____

*Appeal from the Order of the United States District Court for the Eastern District of Pennsylvania issued May 2, 2025, Dkt. Nos. 24-cv-02627 and 24-cv-02709*

## APPELLANTS' ADDENDUM TO APPENDIX

RAYMOND GABRIEL. LAHOUD, ESQUIRE
LAHOUD LAW GROUP, P.C.
600 Hamilton Street
Suite 300
Allentown, PA 18101
P:      484-544-0022

REBECCA PRICE, ESQUIRE
NORRIS MCLAUGHLIN, P.A.
515 Hamilton Street
Suite 515
Allentown, PA 18101
P:      610-391-1800

*Attorneys for Appellants*

# TABLE OF ADDENDUM TO APPENDIX

TABLE OF ADDENDUM TO APPENDIX ............................................................ i

DOCKET SHEET, <u>LEHIGH VALLEY 1 LLC v. WHITEHALL FIDUCIARY LLC, AS TRUSTEE OF WHITEHALL TRUST U/T/A DATED AUGUST 1, 2007</u>, Docket No. 24-cv-02627 ................................................................. 1

DOCKET SHEET, <u>LEHIGH VALLEY 1 LLC v. SAUCON TRUST, U/T/A DATED OCTOBER 1, 2007</u>, Docket No. 24-cv-02709 ........................................ 15

CERTIFICATE OF SERVICE

# United States District Court
# Eastern District of Pennsylvania (Allentown)
# CIVIL DOCKET FOR CASE #: 5:24-cv-02627-CH

LEHIGH VALLEY 1 LLC v. WHITEHALL FIDUCIARY LLC, AS TRUSTEE OF WHITEHALL TRUST U/T/A DATED AUGUST 1, 2007
Assigned to: DISTRICT JUDGE CATHERINE HENRY
Demand: $13,832,000
related Case: 5:24-cv-02709-CH
Case in other court: USCA, 25-01899
Cause: 28:1332 Diversity-Breach of Contract

Date Filed: 06/14/2024
Jury Demand: None
Nature of Suit: 220 Real Property: Foreclosure
Jurisdiction: Diversity

**Receiver**

**DUANE MORRIS LLP**

represented by **BRETT L. MESSINGER**
DUANE MORRIS LLP
30 SOUTH 17TH STREET
PHILADELPHIA, PA 19103
215-979-1508
Fax: 215-979-1020
Email: BLmessinger@duanemorris.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**ERIN M. DUFFY**
Duane Morris LLP
30 South 17th Street
Philadelphia, PA 19103-4196
215-979-1946
Fax: 215-689-4913
Email: EMDuffy@duanemorris.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**LEIGH MICHAEL SKIPPER**
Duane Morris LLP
30 South 17th Street
19103
Philadelphia, PA 19103
215-979-1157
Fax: 215-689-4939
Email: lmskipper@duanemorris.com
*TERMINATED: 06/04/2025*

**Plaintiff**

**LEHIGH VALLEY 1 LLC**
*SUCCESSOR BY ASSIGNMENT TO*
*WINDSTREAM CAPITAL LLC,*
*SUCCESSOR BY ASSIGNMENT TO THE*

represented by **EDEN R. BUCHER**
LEISAWITZ, HELLER
2755 CENTURY BLVD
WYOMISSING, PA 19610

*UNITED STATES SECRETARY OF*
*HOUSING AND URBAN DEVELOPMENT*
*SUCCESSOR BY ASSIGNMENT TO M&T*
*REALTY CAPITAL CORPORATION*

610-372-3500
Email: ebucher@barley.com
*TERMINATED: 01/30/2025*

**PHILLIP D. BERGER**
BERGER LAW GROUP PC
919 CONESTOGA ROAD
BUILDING THREE, SUITE #114
ROSEMONT, PA 19010
610-668-0800
Fax: 610-668-2800
Email: berger@bergerlawpc.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**WHITEHALL FIDUCIARY LLC, AS TRUSTEE OF WHITEHALL TRUST U/T/A DATED AUGUST 1, 2007**

represented by **REBECCA J. PRICE**
Norris McLaughlin, PA
515 W. Hamilton Street
Suite 502
Allentown, PA 18101
610-391-1800
Fax: 610-391-1805
Email: rprice@norris-law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Benjamin P. Sheppard**
Norris McLaughlin PA
515 Hamilton St.
Ste. 502
Allentown, PA 18101
484-765-2214
Email: bsheppard@norris-law.com
*TERMINATED: 07/08/2025*

**JOAN E. LONDON**
KOZLOFF STOUDT
2640 WESTVIEW DR
WYOMISSING, PA 19610
610-670-2552
Email: JLondon@kozloffstoudt.com
*ATTORNEY TO BE NOTICED*

**Raymond Gabriel Lahoud**
Lahoud Law Group, P.C.
600 Hamilton Street
Suite 330
Allentown, PA 18101
484-544-0022
Email: rgl@raylahoud.com
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**WHITEHALL FIDUCIARY LLC, AS
TRUSTEE OF WHITEHALL TRUST
U/T/A DATED AUGUST 1, 2007**
*TERMINATED: 08/13/2025*

represented by **Benjamin P. Sheppard**
(See above for address)
*TERMINATED: 07/08/2025*

**JOAN E. LONDON**
(See above for address)
*TERMINATED: 08/13/2025*

**REBECCA J. PRICE**
(See above for address)
*TERMINATED: 08/13/2025*

**Raymond Gabriel Lahoud**
(See above for address)
*TERMINATED: 08/13/2025*

V.

**Counter Defendant**

**LEHIGH VALLEY 1 LLC**
*SUCCESSOR BY ASSIGNMENT TO
WINDSTREAM CAPITAL LLC,
SUCCESSOR BY ASSIGNMENT TO THE
UNITED STATES SECRETARY OF
HOUSING AND URBAN DEVELOPMENT
SUCCESSOR BY ASSIGNMENT TO M&T
REALTY CAPITAL CORPORATION
TERMINATED: 08/13/2025*

represented by **EDEN R. BUCHER**
(See above for address)
*TERMINATED: 01/30/2025*

**PHILLIP D. BERGER**
(See above for address)
*TERMINATED: 08/13/2025*

**ThirdParty Plaintiff**

**WHITEHALL FIDUCIARY LLC, AS
TRUSTEE OF WHITEHALL TRUST
U/T/A DATED AUGUST 1, 2007**

represented by **REBECCA J. PRICE**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Benjamin P. Sheppard**
(See above for address)
*TERMINATED: 07/08/2025*

**JOAN E. LONDON**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Raymond Gabriel Lahoud**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**ThirdParty Defendant**

0003

**Matthew E. Ammon**
*in his Official Capacity as Acting Secretary*
*of the UNITED STATES DEPARTMENT OF*
*HOUSING AND URBAN DEVELOPMENT*

represented by **ERIN E. LINDGREN**
UNITED STATES ATTORNEY OFFICE
615 CHESTNUT STREET
SUITE 1250
PHILADELPHIA, PA 19106
215-861-8564
Email: erin.lindgren@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Frank Andrew DeLuccia**
DOJ-USAO
Eastern District of Pennsylvania
615 Chestnut Street
Suite 1250
Philadelphia, PA 19106
267-601-4214
Email: frank.deluccia@usdoj.gov
*ATTORNEY TO BE NOTICED*

**ThirdParty Defendant**

**UNITED STATES DEPARTMENT OF
HOUSING AND URBAN
DEVELOPMENT**

represented by **ERIN E. LINDGREN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Frank Andrew DeLuccia**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/14/2024 | 1 | COMPLAINT against WHITEHALL FIDUCIARY LLC, AS TRUSTEE OF WHITEHALL TRUST U/T/A DATED AUGUST 1, 2007 ( Filing fee $ 405 receipt number BPAEDC-17541643.), filed by LEHIGH VALLEY 1 LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J)(BERGER, PHILLIP) (Entered: 06/14/2024) |
| 06/20/2024 | 2 | Summons Issued as to WHITEHALL FIDUCIARY LLC, AS TRUSTEE OF WHITEHALL TRUST U/T/A DATED AUGUST 1, 2007. Forwarded To: Counsel on 6/20/24. (dt) (Entered: 06/20/2024) |
| 06/28/2024 | 3 | Statement *(Disclosure Statement)* by LEHIGH VALLEY 1 LLC. (BERGER, PHILLIP) (Entered: 06/28/2024) |
| 07/08/2024 | 4 | CERTIFICATE OF SERVICE by LEHIGH VALLEY 1 LLC (BERGER, PHILLIP) (Entered: 07/08/2024) |
| 07/16/2024 | 5 | NOTICE of Appearance by REBECCA J. PRICE on behalf of WHITEHALL FIDUCIARY LLC, AS TRUSTEE OF WHITEHALL TRUST U/T/A DATED AUGUST 1, 2007 with Certificate of Service (Attachments: # 1 Certificate of Service EOA July 16, 2024)(PRICE, REBECCA) (Entered: 07/16/2024) |
| 07/16/2024 | 6 | MOTION to Dismiss for Lack of Jurisdiction , MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM filed by WHITEHALL FIDUCIARY LLC, AS TRUSTEE OF WHITEHALL TRUST U/T/A DATED AUGUST 1, 2007.Proposed Order, MOL, COS. |

| | | |
|---|---|---|
| | | (Attachments: # 1 Text of Proposed Order Proposed Order, # 2 Memorandum in Support of Defendants Motion to Dismiss Plaintiff's Complaint, # 3 Certificate of Service July 16, 2024, # 4 Exhibit)(PRICE, REBECCA) (Entered: 07/16/2024) |
| 07/18/2024 | 7 | AMENDED COMPLAINT against WHITEHALL FIDUCIARY LLC, AS TRUSTEE OF WHITEHALL TRUST U/T/A DATED AUGUST 1, 2007, filed by LEHIGH VALLEY 1 LLC.(BERGER, PHILLIP) (Entered: 07/18/2024) |
| 07/31/2024 | 8 | MOTION to Appoint Receiver filed by LEHIGH VALLEY 1 LLC.Memorandum of Law, Certificate of Service. (Attachments: # 1 Memorandum Memorandum of Law, # 2 Certificate of Service, # 3 Exhibit Exhibits A to G, # 4 Exhibit Exhibits H to L, # 5 Text of Proposed Order)(BERGER, PHILLIP) (Entered: 07/31/2024) |
| 08/02/2024 | 9 | MOTION to Dismiss for Lack of Jurisdiction , MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM filed by WHITEHALL FIDUCIARY LLC, AS TRUSTEE OF WHITEHALL TRUST U/T/A DATED AUGUST 1, 2007.. (Attachments: # 1 Text of Proposed Order, # 2 Certificate of Service, # 3 Memorandum, # 4 Exhibit A, # 5 Exhibit B, # 6 Exhibit C, # 7 Exhibit D, # 8 Exhibit E, # 9 Exhibit F)(PRICE, REBECCA) Modified on 8/6/2024 (lisad, ). (Entered: 08/02/2024) |
| 08/14/2024 | 10 | RESPONSE to Motion re 8 MOTION to Appoint Receiver filed by WHITEHALL FIDUCIARY LLC, AS TRUSTEE OF WHITEHALL TRUST U/T/A DATED AUGUST 1, 2007. (Attachments: # 1 Memorandum MOL Cc1 - Opposition to Appointment of Receiver, # 2 Certificate of Service 8.14.24, # 3 Exhibit A - Order Granting Confessed Judgment Against Defendant)(PRICE, REBECCA) (Entered: 08/14/2024) |
| 08/14/2024 | 11 | RESPONSE to Motion re 8 MOTION to Appoint Receiver filed by WHITEHALL FIDUCIARY LLC, AS TRUSTEE OF WHITEHALL TRUST U/T/A DATED AUGUST 1, 2007. (Attachments: # 1 Text of Proposed Order Motion for Appointment of Receiver of the Rents and Profits of the Mortgaged Premises, # 2 Memorandum MOL Whitehall Trust -Opposition to Appointment of Receiver, # 3 Certificate of Service 8.14.24, # 4 Exhibit A - 4.16.24 Order Granting Confessed Judgment Against Defendant)(PRICE, REBECCA) (Entered: 08/14/2024) |
| 08/15/2024 | 12 | RESPONSE in Opposition re 9 MOTION to Dismiss for Lack of Jurisdiction MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM filed by LEHIGH VALLEY 1 LLC. (Attachments: # 1 Text of Proposed Order, # 2 Certificate of Service, # 3 Exhibit Exhibit 1 - Lehigh Valley 1, LLC Corporate Status Report, # 4 Exhibit Exhibit 2 - Lehigh Valley 1, LLC Organizational Chart, # 5 Exhibit Exhibit 3 - Lehigh County Court Order dated 4/16/24 Striking Confessed Judgment, # 6 Exhibit Exhibit 4 - Lehigh County Docket Listing Matter as Closed, # 7 Exhibit Exhibit 5 - Assignment of Mortgage from HUD to Windstream Capital LLC)(BERGER, PHILLIP) (Entered: 08/15/2024) |
| 08/21/2024 | 13 | REPLY to Response to Motion re 9 MOTION to Dismiss for Lack of Jurisdiction MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *Reply to Plaintiff's Response* filed by WHITEHALL FIDUCIARY LLC, AS TRUSTEE OF WHITEHALL TRUST U/T/A DATED AUGUST 1, 2007. (Attachments: # 1 Certificate of Service Certificate of Service)(PRICE, REBECCA) (Entered: 08/21/2024) |
| 08/21/2024 | 14 | REPLY to Response to Motion re 8 MOTION to Appoint Receiver filed by LEHIGH VALLEY 1 LLC. (BERGER, PHILLIP) (Entered: 08/21/2024) |

| 08/27/2024 | 15 | MOTION for Leave to File *A SUR-REPLY BRIEF* filed by WHITEHALL FIDUCIARY LLC, AS TRUSTEE OF WHITEHALL TRUST U/T/A DATED AUGUST 1, 2007.Certificate of Service. (Attachments: # 1 Text of Proposed Order Motion for Leave to File Sur-Reply Brief, # 2 Exhibit A - Memorandum of Law in Support of Defendant's Sur-Reply Brief in Opposition to Plaintiff's Mortgaged Premises, # 3 Certificate of Service 8.27.24)(PRICE, REBECCA) (Entered: 08/27/2024) |
|---|---|---|
| 08/28/2024 | 16 | RESPONSE in Opposition re 15 MOTION for Leave to File *A SUR-REPLY BRIEF* filed by LEHIGH VALLEY 1 LLC. (BERGER, PHILLIP) (Entered: 08/28/2024) |
| 08/28/2024 | 17 | ORDER THAT 15 MOTION FOR LEAVE IS GRANTED, AND THE SUR-REPLY BRIEF SUBMITTED WITH THE MOTION FOR LEAVE SHALL BE DEEMED FILED AS OF THE DATE OF THIS ORDER. SIGNED BY DISTRICT JUDGE JEFFREY L. SCHMEHL ON 8/28/24.8/28/24 ENTERED AND COPIES E-MAILED. (mas) (Entered: 08/29/2024) |
| 09/03/2024 | 18 | NOTICE of Appearance by JOAN E. LONDON on behalf of WHITEHALL FIDUCIARY LLC, AS TRUSTEE OF WHITEHALL TRUST U/T/A DATED AUGUST 1, 2007 with Certificate of Service(LONDON, JOAN) (Entered: 09/03/2024) |
| 09/04/2024 | 19 | MOTION for Leave to File *Sur-Reply in Further Opposition to Defendant's Motion to Dismiss* filed by LEHIGH VALLEY 1 LLC.Certificate of Service. (Attachments: # 1 Exhibit A - Proposed Sur-Reply, # 2 Certificate of Service, # 3 Text of Proposed Order) (BERGER, PHILLIP) (Entered: 09/04/2024) |
| 09/05/2024 | 20 | RESPONSE in Opposition re 19 MOTION for Leave to File *Sur-Reply in Further Opposition to Defendant's Motion to Dismiss* filed by WHITEHALL FIDUCIARY LLC, AS TRUSTEE OF WHITEHALL TRUST U/T/A DATED AUGUST 1, 2007. (Attachments: # 1 Text of Proposed Order Proposed Order, # 2 Memorandum Memorandum of Law in Support of Response in Opposition, # 3 Certificate of Service Certificate of Service)(PRICE, REBECCA) (Entered: 09/05/2024) |
| 09/06/2024 | 21 | NOTICE of Appearance by EDEN R. BUCHER on behalf of LEHIGH VALLEY 1 LLC with Certificate of Service(BUCHER, EDEN) (Entered: 09/06/2024) |
| 09/11/2024 | 22 | ORDER OF 9/11/24 THAT PLAINTIFF'S MOTION FOR LEAVE TO FILE A SUR-REPLY BRIEF IS GRANTED AND THE SUR-REPLY BRIEF SUBMITTED WITH THE MOTION FOR LEAVE SHALL BE DEEMED FILED AS OF THIS DATE. SIGNED BY JUDGE: JEFFREY L. SCHMEHL ON 9/11/24. 9/11/24 ENTERED AND COPIES E-MAILED. (DT) (Entered: 09/11/2024) |
| 09/11/2024 | 23 | Plaintiff's Sur-Reply In Further Opposition to Defendant's Motion to Dismiss Plaintiff's Complaint. (DT) (Entered: 09/11/2024) |
| 10/24/2024 | 24 | ORDER OF 10/23/24 THAT UPON RECEIPT OF PLAINTIFF'S MOTION TO APPOINT A RECEIVER, ECF NO. 8, AND DEFENDANT'S MOTION TO DISMISS, ECF NOS. 6, 8, IT IS HEREBY ORDOERED THAT ORAL ARGUMENT ON THESE MOTIONS SHALL OCCUR ON NOVEMBER 12, 2024, AT 10:00AM IN THE COURTROOM OF THE UNDERSIGNED, WHICH IS LOCATED AT THE GATEWAY BUILDING, 201 PENN STREET, FIFTH FLOOR, READING, PA. SIGNED BY JUDGE: JEFFREY L. SCHMEHL ON 10/23/24. 10/24/24 ENTERED AND COPIES E-MAILED. (DT) (Entered: 10/24/2024) |
| 10/25/2024 | 25 | ORDER OF 10/25/24 THAT UPON WRITTEN REQUEST FOR CONTINUANCE, IT IS HEREBY ORDERED THAT SAID REQUEST FOR CONTINUANCE IS GRANTED AND THE ORAL ARGUMENT PREVIOUSLY SCHEDULED FOR NOVEMBER 12, 2024 IS RESCHEDULED TO NOVEMBER 15, 2024 AT 1:30PM IN THE COURTROOM OF THE UNDERSIGNED, WHICH IS LOCATED AT THE GATEWAY |

| | | |
|---|---|---|
| | | BUILDING, 201 PENN STREET, 5TH FLOOR, READING, PA. SIGNED BY JUDGE: JEFFREY L. SCHMEHL ON 10/25/24. 10/25/24 ENTERED AND COPIES E-MAILED. (DT) (Entered: 10/25/2024) |
| 11/06/2024 | 26 | NOTICE of Appearance by Benjamin Powel Sheppard on behalf of WHITEHALL FIDUCIARY LLC, AS TRUSTEE OF WHITEHALL TRUST U/T/A DATED AUGUST 1, 2007 (Attachments: # 1 Certificate of Service)(Sheppard, Benjamin) (Entered: 11/06/2024) |
| 11/06/2024 | 27 | ORDER THAT A TELEPHONIC STATUS CONFERENCE SHALL OCCUR TOMORROW, NOVEMBER 7, 2024, AT 2:30 P.M. THE PARTIES SHALL CALL INTO THE CONFERENCE AT 888-204-5984 AND USE ACCESS CODE 3221457. SIGNED BY DISTRICT JUDGE JEFFREY L. SCHMEHL ON 11/6/24. 11/6/24 ENTERED AND COPIES E-MAILED.(mas) (Entered: 11/06/2024) |
| 11/07/2024 | 28 | ORDER OF 11/7/24 THAT UPON RECEIPT OF PLAINTIFF'S FIRST AMENDED COMPLAINT, IT IS HEREBY ORDERED THAT DEFENDANT'S MOTION TO DISMISS FOR LACK OF JURISDICTION ECF NO. 6 IS DENIED AS MOOT. SIGNED BY JUDGE: JEFFREY L. SCHMEHL ON 11/7/24. 11/7/24 ENTERED AND COPIES E-MAILED. (DT) (Entered: 11/07/2024) |
| 11/12/2024 | 29 | Minute Entry for proceedings held before DISTRICT JUDGE JEFFREY L. SCHMEHl. a Status Conference was held Via Telephone on November 7, 2024 (dt) (Entered: 11/12/2024) |
| 11/15/2024 | 30 | Minute Entry for proceedings held before DISTRICT JUDGE JEFFREY L. SCHMEHLin Courtroom 5TH FLOOR READING Motion Hearing held on November 15, 2024 re 9 MOTION to Dismiss for Lack of Jurisdiction MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM filed by WHITEHALL FIDUCIARY LLC, AS TRUSTEE OF WHITEHALL TRUST U/T/A DATED AUGUST 1, 2007 Court Reporter: ESR. (dt) (Entered: 11/15/2024) |
| 11/18/2024 | 31 | ORDER OF 11/18/24 THAT AFTER REVIEWING DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT, ECF NO. 9, THE SUBMISSIONS RELATED THERETO, AND AFTER HOLDING ORAL ARGUMENT, IT IS HERBY ORDERED AS FOLLOWS: (1) THE PARTIES ARE GRANTED LIMITED FACT DISCOVERY SOLEY CONCERNING THE ISSUE OF JURISDICTION. (2) ALL JURISDICTIONAL DISCOVERY SHALL BE COMPLETED WITHIN 30 DAYS FROM THE DATE OF THIS ORDER. (3) WITHIN 10 DAYS AFTER THE COMPLETION OF JURISDICTIONAL DISCOVERY, THE PARTIES SHALL FILE STATUS REPORTS WITH THE COURT. (4) THE STATUS REPORTS SHALL INCLUDE A SUMMARY OF ANY EVIDENCE OR INFORMATION OBTAINED DURING THE DISCOVERY PERIOD THAT BEARS ON THE PENDING MOTION TO DISMISS; AND (5) UPON THE FILING OF THE STATUS REPORTS, THE COURT WILL DETERMINE WHETHER FURTHER BRIEFING IS NECESSARY TO RESOLVE THE JURISDICTIONAL ISSUE. SIGNED BY JUDGE: JEFFREY L. SCHMEHL ON 11/18/24. 11/18/24 ENTERED AND COPIES E-MAILED. (DT) (Entered: 11/18/2024) |
| 12/18/2024 | 32 | Letter dated December 18, 2024 by LEHIGH VALLEY 1 LLC. (PRICE, REBECCA) (Entered: 12/18/2024) |
| 12/19/2024 | 33 | Letter dated 12/19/2024 by LEHIGH VALLEY 1 LLC. (BERGER, PHILLIP) (Entered: 12/19/2024) |
| 12/20/2024 | 34 | STATUS REPORT by LEHIGH VALLEY 1 LLC. (BERGER, PHILLIP) (Entered: 12/20/2024) |

| Date | # | Entry |
|---|---|---|
| 01/02/2025 | 35 | ORDER DENYING 9 MOTION TO DISMISS. SIGNED BY DISTRICT JUDGE JEFFREY L. SCHMEHL ON 1/2/25. 1/2/25 ENTERED AND COPIES E-MAILED. (va) (Entered: 01/02/2025) |
| 01/10/2025 | 36 | ORDER THAT THIS CASE IS REASSIGNED FROM DISTRICT JUDGE JEFFREY L. SCHMEHL TO DISTRICT JUDGE CATHERINE HENRY FOR ALL FURTHER PROCEEDINGS. SIGNED BY GEORGE V WYLESOL, CLERK OF COURT ON 1/10/25. 1/10/25 ENTERED AND COPIES E-MAILED.(dt) (Entered: 01/10/2025) |
| 01/16/2025 | 37 | ANSWER to 7 Amended Complaint , COUNTERCLAIM against LEHIGH VALLEY 1 LLC by WHITEHALL FIDUCIARY LLC, AS TRUSTEE OF WHITEHALL TRUST U/T/A DATED AUGUST 1, 2007. (Attachments: # 1 Certificate of Service Certificate of Service)(Sheppard, Benjamin) (Entered: 01/16/2025) |
| 01/17/2025 | 38 | NOTICE of Appearance by Raymond Gabriel Lahoud on behalf of WHITEHALL FIDUCIARY LLC, AS TRUSTEE OF WHITEHALL TRUST U/T/A DATED AUGUST 1, 2007 with Certificate of Service (Attachments: # 1 Certificate of Service)(Lahoud, Raymond) (Entered: 01/17/2025) |
| 01/29/2025 | 39 | NOTICE of Hearing on Motion 8 MOTION to Appoint Receiver : MOTION HEARING SET FOR 2/13/2025 at 10:30 AM IN Courtroom 13B US Courthouse (Philadelphia) BEFORE DISTRICT JUDGE CATHERINE HENRY.(sfl) (Entered: 01/29/2025) |
| 01/30/2025 | 40 | NOTICE of Withdrawal of Appearance by EDEN R. BUCHER on behalf of LEHIGH VALLEY 1 LLC (Attachments: # 1 Certificate of Service)(BUCHER, EDEN) (Entered: 01/30/2025) |
| 01/30/2025 | 41 | THIRD PARTY COMPLAINT against UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, Matthew E. Ammon, filed by WHITEHALL FIDUCIARY LLC, AS TRUSTEE OF WHITEHALL TRUST U/T/A DATED AUGUST 1, 2007. (Attachments: # 1 Civil Cover Sheet, # 2 Designation Form, # 3 Exhibit A, # 4 Exhibit B, # 5 Exhibit C, # 6 Exhibit D, # 7 Exhibit E, # 8 Exhibit F, # 9 Exhibit G, # 10 Exhibit H)(PRICE, REBECCA) (Entered: 01/30/2025) |
| 01/31/2025 | 42 | Third Party Summons Issued as to Matthew E. Ammon, UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, U.S. Attorney and U.S. Attorney General Forwarded To: U.S. Attorney on January 31, 2025 (dt) (Entered: 01/31/2025) |
| 02/03/2025 | 43 | MOTION to Dismiss *Defendant's Counterclaims and to Strike Defendant's Affirmative Defenses* filed by LEHIGH VALLEY 1 LLC.Memorandum, Certificate of Service. (Attachments: # 1 Memorandum, # 2 Text of Proposed Order, # 3 Certificate of Service) (BERGER, PHILLIP) (Entered: 02/03/2025) |
| 02/10/2025 | 44 | AFFIDAVIT of Service by Joseph Connelly re: served Third-Party Complaint upon Brad Rader, Regional Counsel, HUD by Personal Service on 01.31.25 (Attachments: # 1 Exhibit A)(PRICE, REBECCA) (Entered: 02/10/2025) |
| 02/13/2025 | 45 | Minute Entry for proceedings held before DISTRICT JUDGE CATHERINE HENRYin Courtroom 13-B Philadelphia Motion Hearing held on February 13, 2025 re 8 MOTION to Appoint Receiver filed by LEHIGH VALLEY 1 LLC Court Reporter: ESR. (dt) (Entered: 02/13/2025) |
| 02/18/2025 | 46 | RESPONSE to Motion re 43 MOTION to Dismiss *Defendant's Counterclaims and to Strike Defendant's Affirmative Defenses* filed by WHITEHALL FIDUCIARY LLC, AS TRUSTEE OF WHITEHALL TRUST U/T/A DATED AUGUST 1, 2007. (Attachments: # 1 Text of Proposed Order, # 2 Brief MOL, # 3 Certificate of Service 02.18.25, # 4 Exhibit A)(PRICE, REBECCA) (Entered: 02/18/2025) |

| | | |
|---|---|---|
| 02/19/2025 | 47 | Acceptance of Service by U.S. Attorney Re: accepted summons and complaint on behalf of the United States Attorney (only). (JL) (Entered: 02/19/2025) |
| 02/25/2025 | 48 | REPLY to Response to Motion re 43 MOTION to Dismiss *Defendant's Counterclaims and to Strike Defendant's Affirmative Defenses* filed by LEHIGH VALLEY 1 LLC. (BERGER, PHILLIP) (Entered: 02/25/2025) |
| 03/12/2025 | 49 | MOTION for Leave to File filed by WHITEHALL FIDUCIARY LLC, AS TRUSTEE OF WHITEHALL TRUST U/T/A DATED AUGUST 1, 2007.. (Attachments: # 1 Text of Proposed Order, # 2 Exhibit, # 3 Certificate of Service)(Sheppard, Benjamin) (Entered: 03/12/2025) |
| 03/13/2025 | 50 | RESPONSE in Opposition re 49 MOTION for Leave to File *a Sur-Reply Brief* filed by LEHIGH VALLEY 1 LLC. (BERGER, PHILLIP) (Entered: 03/13/2025) |
| 03/19/2025 | 51 | ORDER OF 3/19/25 THAT DEFENDANT'S MOTION FOR LEAVE TO FILE A SUR-REPLY BRIEF (DOCKET NO. 49) IS GRANTED. THE CLERK SHALL DOCKET THE SUR-REPLY BRIEF ATTACHED AS EXHIBIT A TO DEFENDANT'S MOTION. SIGNED BY JUDGE: CATHERINE HENRY ON 3/19/25.3/19/25 ENTERED AND COPIES E-MAILED.(dt) (Entered: 03/19/2025) |
| 03/19/2025 | 52 | Memorandum of Law in Support of Defendant's Sur-Reply Brief in Further Opposition to Plaintiff's Motion to Dismiss Defendant's Counterclaims and to Strike Defendant's Affirmative Defenses. (dt) (Entered: 03/19/2025) |
| 03/19/2025 | 53 | ORDER OF 3/19/25 THAT DEFENDANT WHITEHALL FIDUCIARY LLC HAS NOT FILED THE DISCLOSURE STATEMENT REQUIRED BY FRCP 7.1 AT THE TIME OF FILING ITS FIRST APPEARANCE, IT IS HEREBY ORDERED THAT DEFENDANT FILE ITS DISCLOSURE STATEMENT WITIN FIVE (5) DAYS OF THE DATE OF THIS ORDER. ETC. SIGNED BY JUDGE: CATHERINE HENRY ON 3/19/25. 3/19/25 ENTERED AND COPIES E-MAILED.(dt) (Entered: 03/19/2025) |
| 03/19/2025 | 54 | MOTION for Leave to File *Plaintiff's First Amended Complaint* filed by WHITEHALL FIDUCIARY LLC, AS TRUSTEE OF WHITEHALL TRUST U/T/A DATED AUGUST 1, 2007.Certificate of Service. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Certificate of Service)(PRICE, REBECCA) (Entered: 03/19/2025) |
| 03/24/2025 | 55 | MOTION for Leave to File *a Sur-Sur-Reply Brief* filed by LEHIGH VALLEY 1 LLC.Certificate of Service. (Attachments: # 1 Text of Proposed Order, # 2 Exhibit, # 3 Certificate of Service)(BERGER, PHILLIP) (Entered: 03/24/2025) |
| 03/25/2025 | 56 | Disclosure Statement Form pursuant to FRCP 7.1 with Certificate of Service by WHITEHALL FIDUCIARY LLC, AS TRUSTEE OF WHITEHALL TRUST U/T/A DATED AUGUST 1, 2007. (Attachments: # 1 Certificate of Service)(Lahoud, Raymond) (Entered: 03/25/2025) |
| 04/02/2025 | 57 | MOTION for Extension of Time to File Answer re 41 Third Party Complaint, *(Unopposed)* filed by Matthew E. Ammon, UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT.Certificate of Counsel, Certificate of Service.(LINDGREN, ERIN) Modified on 5/5/2025 (dt). (Entered: 04/02/2025) |
| 04/03/2025 | 58 | ORDER OF 4/3/25 THAT PLAINTIFF'S MOTINO FOR LEAVE TO FILE A SUR-REPLY BRIEF (DOC 55) IS GRANTED. THE CLERK SHALL DOCKET THE SUR-REPLY BRIEF ATTACHED AS EXHIBIT A TO PLAINTIFF'S MOTIN. SIGNED BY JUDGE: CATHERINE HENRY ON 4/3/25.4/3/25 ENTERED AND COPIES E-MAILED.(dt) (Entered: 04/03/2025) |

| 04/03/2025 | 59 | Plaintiff's Sur-Sur-Reply in Further Support of its Motion to Dismiss Defendant's Counterclaims and to Strike Defendant's Affirmative Defenses, Certificate of Service. (dt) (Entered: 04/03/2025) |
|---|---|---|
| 04/03/2025 | 60 | ORDER OF 4/3/25 THAT THIRD-PARTY PLAINTIFF'S MOTION TO FILE AN AMENDED THIRD PARTY COMPALINT (DOCLET 54) IS GRANTED. THE CLERK SHALL DOCKET THE THIRD-PARTY AMENDED CMOPLAINT ATTACHED TO THIRD PARTY PLAINTIFF'S MOTION AS EXHIBIT 2. SIGNED BY JUDGE: CATHERINE HENRY ON 4/3/25.4/3/25 ENTERED AND COPIES E-MAILED.(dt) (Entered: 04/03/2025) |
| 04/03/2025 | 61 | AMENDED THIRD PARTY COMPLAINT against Matthew E. Ammon, UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, filed by WHITEHALL FIDUCIARY LLC, AS TRUSTEE OF WHITEHALL TRUST U/T/A DATED AUGUST 1, 2007.(dt) (Entered: 04/03/2025) |
| 04/03/2025 | 62 | Amended Third Party Summons Issued as to UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT. Forwarded To: Counsel on April 3, 2025. (dt) (Main Document 62 replaced on 4/3/2025) (dt). (Entered: 04/03/2025) |
| 04/08/2025 | 63 | ORDER THAT UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT SHALL HAVE UNTIL JUNE 17, 2025 TO RESPOND TO WHITEHALL FIDUCIARY LLC'S THIRD-PARTY COMPLAINT (OR AMENDED THIRD PARTY COMPLAINT). SIGNED BY JUDGE CATHERINE HENRY ON 4/8/25. 4/8/25 ENTERED AND COPIES E-MAILED.(dt) (Entered: 04/08/2025) |
| 05/02/2025 | 64 | MEMORANDUM OPINION. SIGNED BY DISTRICT JUDGE CATHERINE HENRY ON 5/2/25. 5/2/25 ENTERED AND COPIES E-MAILED.(mas) (Entered: 05/02/2025) |
| 05/02/2025 | 65 | ORDER THAT PLAINTIFFS 8 MOTIONS ARE GRANTED. IT IS FURTHER ORDERED AS FOLLOWS: 1. DUANE MORRIS LLP THROUGH ERIN DUFFY, ESQ. IS APPOINTED AS RECEIVER WITH THE USUAL POWERS AND DIRECTIONS FOR THE BENEFIT OF THE PLAINTIFF OF ALL THE RENTS AND PROFITS NOW DUE AND UNPAID OR TO BECOME DUE DURING THE PENDENCY OF THIS MORTGAGE FORECLOSURE ACTION; ETC. AS HEREIN. SIGNED BY DISTRICT JUDGE CATHERINE HENRY ON 5/2/25. 5/2/25 ENTERED AND COPIES E-MAILED.(mas) (Entered: 05/02/2025) |
| 05/02/2025 | 66 | NOTICE OF APPEAL as to 64 Memorandum and/or Opinion, 65 Order (Memorandum and/or Opinion), by WHITEHALL FIDUCIARY LLC, AS TRUSTEE OF WHITEHALL TRUST U/T/A DATED AUGUST 1, 2007. Filing fee $ 605, receipt number APAEDC-18263155. (Attachments: # 1 Certificate of Service)(Lahoud, Raymond) (Entered: 05/02/2025) |
| 05/14/2025 | 67 | NOTICE of Docketing Record on Appeal from USCA re 66 Notice of Appeal, filed by WHITEHALL FIDUCIARY LLC, AS TRUSTEE OF WHITEHALL TRUST U/T/A DATED AUGUST 1, 2007. USCA Case Number 25-1899 (sg) (Entered: 05/14/2025) |
| 05/27/2025 | 68 | MOTION to Stay *Appointment of Receiver Pending Resolution of Appeals* filed by WHITEHALL FIDUCIARY LLC, AS TRUSTEE OF WHITEHALL TRUST U/T/A DATED AUGUST 1, 2007.Memorandum, Certificate of Service. (Attachments: # 1 Certificate of Service 05.27.25, # 2 Memorandum MOL in Support of Defendants' Motion to Stay Appointment of Receiver Pending Appeals, # 3 Text of Proposed Order) (PRICE, REBECCA) (Entered: 05/27/2025) |
| 05/30/2025 | 69 | RESPONSE in Opposition re 68 MOTION to Stay *Appointment of Receiver Pending Resolution of Appeals* filed by LEHIGH VALLEY 1 LLC. (Attachments: # 1 |

| | | |
|---|---|---|
| | | Memorandum, # **2** Exhibit A, # **3** Exhibit B, # **4** Certificate of Service, # **5** Text of Proposed Order)(BERGER, PHILLIP) (Entered: 05/30/2025) |
| 05/30/2025 | **70** | NOTICE of Appearance by LEIGH MICHAEL SKIPPER on behalf of DUANE MORRIS LLP (sfl) (Entered: 05/30/2025) |
| 05/30/2025 | **71** | MOTION for Contempt filed by Leigh M. Skipper, Esquire, DUANE MORRIS LLP.together with the Memorandum of Law with Exhibits, Proposed Order, and Certificate of Service (Attachments: # **1** Memorandum, # **2** Text of Proposed Order, # **3** Certificate of Service)(sfl) (Entered: 05/30/2025) |
| 06/02/2025 | **72** | Report Of *RECEIVERS FIRST REPORT AND SUMMARY OF INVENTORY* by DUANE MORRIS LLP. (SKIPPER, LEIGH) (Entered: 06/02/2025) |
| 06/04/2025 | **73** | NOTICE of Withdrawal of Appearance by LEIGH MICHAEL SKIPPER on behalf of DUANE MORRIS LLP(SKIPPER, LEIGH) (Entered: 06/04/2025) |
| 06/04/2025 | **74** | MOTION to Withdraw **71** MOTION for Contempt filed by DUANE MORRIS LLP.Certificate of Service.(SKIPPER, LEIGH) (Entered: 06/04/2025) |
| 06/04/2025 | **75** | Proposed Pretrial Order *for Motion to Withdraw Motion for Contempt* by DUANE MORRIS LLP. (SKIPPER, LEIGH) (Entered: 06/04/2025) |
| 06/04/2025 | **76** | Letter dated June 04, 2025 by DUANE MORRIS LLP. (SKIPPER, LEIGH) (Entered: 06/04/2025) |
| 06/09/2025 | **77** | ORDER OF 6/9/25 THAT DEFENDANTS' MOTION TO STAY APPOINTMENT OF RECEIVER PENDING RESOLUTION OF APPEALS (DOC. 68) IS DENIED. ETC. SIGNED BY JUDGE CATHERINE HENRY ON 6/9/25. 6/9/25 ENTERED AND COPIES E-MAILED. (DT) (Entered: 06/09/2025) |
| 06/09/2025 | **78** | NOTICE of Appearance by ERIN M. DUFFY on behalf of DUANE MORRIS LLP with Certificate of Service(DUFFY, ERIN) (Entered: 06/09/2025) |
| 06/09/2025 | **79** | Report Of *RECEIVERS FIRST REPORT AND SUMMARY OF INVENTORY* by DUANE MORRIS LLP. (DUFFY, ERIN) (Entered: 06/09/2025) |
| 06/09/2025 | **80** | ORDER THAT THE MOTION TO WITHDRAW (DOCKET NO. **74** ) IS GRANTED. RECEIVERS MOTION FOR CONTEMPT (DOCKET NO. **71** ) IS HEREBY CONSIDERED WITHDRAWN. SIGNED BY DISTRICT JUDGE CATHERINE HENRY ON 6/9/25.6/10/25 ENTERED AND COPIES E-MAILED.(mas) (Entered: 06/10/2025) |
| 06/12/2025 | **81** | MOTION for Leave to File Excess Pages *by Third-Party/Government Defendants* filed by Matthew E. Ammon, UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT.Memorandum, Certificate of Service.(LINDGREN, ERIN) (Entered: 06/12/2025) |
| 06/13/2025 | **82** | ORDER OF 6/13/25 THAT THE MOTION OF THIRD-PARTY DEFENDANTS U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT AND ERIC SCOTT TURNER FOR LEAVE TO FILE A MEMORANDUM OF LAW EXCEEDING 25 PAGES IS GRANTED. THE MEMORANDUM OF LAW FOR ANY MOTION TO DISMISS FILED BY THIRD PARTY DEFENDANTS SHALL NOT EXCEED 30 PAGES.. SIGNED BY DISTRICT JUDGE CATHERINE HENRY ON 6/13/25.6/13/25 ENTERED AND COPIES E-MAILED. (DT) (Entered: 06/13/2025) |
| 06/17/2025 | **83** | MOTION to Dismiss *61 Amended Third Party Complaint* filed by Matthew E. Ammon, UNITED STATES DEPARTMENT OF HOUSING AND URBAN |

| | | |
|---|---|---|
| | | DEVELOPMENT.Memorandum in Support of Motion to Dismiss, Certificate of Service. (DeLuccia, Frank) (Entered: 06/17/2025) |
| 06/17/2025 | 84 | TRANSCRIPT of MOTION TO APPOINT RECEIVER held on 2/13/25, before Judge HENRY. Court Reporter/Transcriber ECR. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.. Redaction Request due 7/8/2025. Redacted Transcript Deadline set for 7/18/2025. Release of Transcript Restriction set for 9/15/2025. (REDDOOR LEGAL SERVICES,LLC)(JL) (Entered: 06/17/2025) |
| 06/17/2025 | 85 | Notice of Filing of Official Transcript with Certificate of Service re 84 Transcript - PDF, 6/17/25 Entered and Copies Emailed. (JL) (Entered: 06/17/2025) |
| 06/26/2025 | 86 | MOTION for Extension of Time to File Response/Reply filed by WHITEHALL FIDUCIARY LLC, AS TRUSTEE OF WHITEHALL TRUST U/T/A DATED AUGUST 1, 2007..(Sheppard, Benjamin) (Entered: 06/26/2025) |
| 06/26/2025 | 87 | MOTION for Leave to File filed by WHITEHALL FIDUCIARY LLC, AS TRUSTEE OF WHITEHALL TRUST U/T/A DATED AUGUST 1, 2007.Memorandum, Certificate of Service.(Sheppard, Benjamin) (Entered: 06/26/2025) |
| 06/26/2025 | 88 | ORDER THAT THE 87 MOTION IS GRANTED. IT IS ORDERED THAT THE MEMORANDUM OF LAW IN OPPOSITION TO HUDS MOTION TO DISMISS FILED BY THIRD-PARTY PLAINTIFFS SHALL NOT EXCEED 35 PAGES. SIGNED BY DISTRICT JUDGE CATHERINE HENRY ON 6/26/25.6/26/26 ENTERED AND COPIES E-MAILED.(mas) (Entered: 06/26/2025) |
| 06/26/2025 | 89 | ORDER THAT THE 86 MOTION IS GRANTED. THIRD-PARTY PLAINTIFFS SHALL HAVE UNTIL JULY 14, 2025, TO RESPOND TO THIRD-PARTY DEFENDANTS MOTION TO DISMISS. IN ADDITION, THIRD-PARTY DEFENDANTS SHALL HAVE UNTIL AUGUST 4, 2025, TO FILE A REPLY BRIEF TO THIRD-PARTY PLAINTIFFS RESPONSE TO THIRD-PARTY DEFENDANTS MOTION TO DISMISS. SIGNED BY DISTRICT JUDGE CATHERINE HENRY ON 6/26/25.6/26/25 ENTERED AND COPIES E-MAILED.(mas) (Entered: 06/26/2025) |
| 07/01/2025 | 90 | Report Of *Receiver's Compensation Report* by DUANE MORRIS LLP. (DUFFY, ERIN) (Entered: 07/01/2025) |
| 07/08/2025 | 91 | NOTICE of Withdrawal of Appearance by Benjamin P. Sheppard on behalf of WHITEHALL FIDUCIARY LLC, AS TRUSTEE OF WHITEHALL TRUST U/T/A DATED AUGUST 1, 2007(Sheppard, Benjamin) (Entered: 07/08/2025) |
| 07/10/2025 | 92 | MOTION To Void and Set Aside Lease Amendments and for Declaratory Judgment filed by LEHIGH VALLEY 1 LLC.Memorandum of Law, Certificate of Service. (Attachments: # 1 Memorandum, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Text of Proposed Order, # 7 Certificate of Service)(BERGER, PHILLIP) (Entered: 07/10/2025) |
| 07/14/2025 | 93 | RESPONSE in Opposition re 83 MOTION to Dismiss *61 Amended Third Party Complaint* filed by WHITEHALL FIDUCIARY LLC, AS TRUSTEE OF WHITEHALL TRUST U/T/A DATED AUGUST 1, 2007. (Attachments: # 1 Memorandum, # 2 Text of Proposed Order, # 3 Certificate of Service)(Lahoud, Raymond) (Entered: 07/14/2025) |
| 07/15/2025 | 94 | ORDER OF 7/15/25 THAT THE UPDATED RECEIVER REPORT AND SUMMARY OF INVENTORY IN THIS MATTER SHALL BE FILED ON OR BEFORE JULY 31, 2025. SIGNED BY JUDGE CATHERINE HENRY ON 7/15/25. 7/15/25 ENTERED AND COPIES E-MAILED.(dt) Modified on 7/15/2025 (dt). (Entered: 07/15/2025) |

| 07/24/2025 | [95](#) | RESPONSE in Opposition re [92](#) MOTION To Void and Set Aside Lease Amendments and for Declaratory Judgment filed by WHITEHALL FIDUCIARY LLC, AS TRUSTEE OF WHITEHALL TRUST U/T/A DATED AUGUST 1, 2007. (Attachments: # [1](#) Memorandum, # [2](#) Exhibit s A-J, # [3](#) Text of Proposed Order, # [4](#) Certificate of Service) (Lahoud, Raymond) (Entered: 07/24/2025) |
|---|---|---|
| 07/25/2025 | [96](#) | NOTICE of Appearance by BRETT L. MESSINGER on behalf of DUANE MORRIS LLP with Certificate of Service(MESSINGER, BRETT) (Entered: 07/25/2025) |
| 07/30/2025 | [97](#) | MOTION for Leave to File Excess Pages *(Unopposed)* filed by Matthew E. Ammon, UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT.Memorandum, Cert of Svc.(LINDGREN, ERIN) (Entered: 07/30/2025) |
| 07/31/2025 | [98](#) | ORDER THAT THE [97](#) MOTION IS GRANTED. IT IS ORDERED THAT THE REPLY BRIEF IN SUPPORT OF THE THIRD-PARTY DEFENDANTS MOTION TO DISMISS SHALL NOT EXCEED 15 PAGES. SIGNED BY DISTRICT JUDGE CATHERINE HENRY ON 7/31/25.7/31/25 ENTERED AND COPIES E-MAILED.(mas) (Entered: 07/31/2025) |
| 07/31/2025 | [99](#) | MOTION to Compel *Defendants and Receiver to Provide Documents and Fulfill Obligations* filed by LEHIGH VALLEY 1 LLC.Memorandum of Law, Certificate of Service. (Attachments: # [1](#) Memorandum, # [2](#) Text of Proposed Order, # [3](#) Certificate of Service)(BERGER, PHILLIP) (Entered: 07/31/2025) |
| 07/31/2025 | [100](#) | Report Of *RECEIVERS SECOND REPORT AND SUMMARY OF INVENTORY* by DUANE MORRIS LLP. (DUFFY, ERIN) (Entered: 07/31/2025) |
| 07/31/2025 | [101](#) | MOTION to Compel *PRODUCTION OF RECORDS* filed by DUANE MORRIS LLP.Memorandum, Certificate of Service. (Attachments: # [1](#) Memorandum Memorandum in support of Motion to Compel, # [2](#) Certificate of Service Certificate of Service)(DUFFY, ERIN) (Entered: 07/31/2025) |
| 07/31/2025 | [102](#) | PROPOSED ORDER *TO COMPEL PRODUCTION OF RECORDS* filed by DUANE MORRIS LLP.Certificate of Service. (Attachments: # [1](#) Certificate of Service Certificate of Service)(DUFFY, ERIN) Modified on 8/4/2025 (lvj). (Entered: 07/31/2025) |
| 08/01/2025 | [103](#) | Report Of *Receiver's Compensation Report* by DUANE MORRIS LLP. (DUFFY, ERIN) (Entered: 08/01/2025) |
| 08/04/2025 | [104](#) | REPLY to Response to Motion re [83](#) MOTION to Dismiss *61 Amended Third Party Complaint* filed by UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT. (DeLuccia, Frank) (Entered: 08/04/2025) |
| 08/13/2025 | [105](#) | MEMORANDUM AND/OR OPINION. SIGNED BY JUDGE CATHERINE HENRY ON 8/13/25. 8/13/25 ENTERED AND COPIES E-MAILED.(dt) (Entered: 08/13/2025) |
| 08/13/2025 | [106](#) | ORDER OF 8/13/25 THAT FOR THE REASONS STATED IN THE MEMORANDUM OPINION ISSUED THIS DATE THE PLAINTIFF'S MOTION TO DISMISS COUNTERCLAIMS AND TO STRIKE DEFENDANT'S AFFIRMATIVE DEFENSES (DOCKET NO. 43 IN CASE NUMBER 24-2627 AND DOCKET NO. 51 IN CASE NUMBER 24-2709) AND DEFENDANTS' OPPOSITION THERETO AS WELL AS ALL REPLIES AND SUR-REPLIES, IT IS HEREBY ORDERED AS FOLLOWS: PLAINTIFF'S MOTION TO DISMISS AND TO STRIKE IS GRANTED IN PART AND DENIED IN PART. PLAINTIFF'S MOTION TO DISMISS IS GRANTED AS TO DEFENDANTS' COUNTERCLAIMS AND ALL COUNTERCLAIMS ARE STRIKCEN FROM DEFENDANTS' ANSWER. PLAINTIFF'S MOTION TO STRIKE IS GRANTED AS TO AFFIRMATIVE DEFENSES 7,8,10,11,12,13,14,15,16,31,32 AND |

| | | |
|---|---|---|
| | | 34. THESE DEFENSES ARE STRICKEN FROM DEFENDANTS' ANSWER WITH LEAVE TO AMEND. PLAINTIFF'S MOTION TO STRIKE IS GRANTED AS TO AFFIRMATIVE DEFENSES 2, 19 AND 20. THESE DEFENSES ARE STRICKEN FROM DEFENDANTS' ANSWER AND NO LEAVE TO AMEND WILL BE GIVEN, AS AMENDMENT WOULD BE FUTILE. PLAINTIFF'S MOTION TO STRIKE IS DENIED AS TO AFFIRMATIVE DEFENSES 1,3,4,5,6,17,18,21,22,23,24,25,26,27,28,39,30 AND 33. SIGNED BY JUDGE CATHERINE HENRY ON 8/13/25. 8/13/25 ENTERED AND COPIES E-MAILED. (DT) (Entered: 08/13/2025) |
| 08/14/2025 | 107 | MOTION for Protective Order filed by WHITEHALL FIDUCIARY LLC, AS TRUSTEE OF WHITEHALL TRUST U/T/A DATED AUGUST 1, 2007.Memorandum of Law, Certificate of Counsel, and Certificate of Service. (Attachments: # 1 Memorandum of Law in Support of Motion for Protective Order, # 2 Statement of Opposing Counsel's Position, # 3 Text of Proposed Order, # 4 Exhibit s A - Q, # 5 Certificate of Service) (Lahoud, Raymond) (Entered: 08/14/2025) |
| 08/14/2025 | 108 | RESPONSE in Opposition re 99 MOTION to Compel *Defendants and Receiver to Provide Documents and Fulfill Obligations* filed by WHITEHALL FIDUCIARY LLC, AS TRUSTEE OF WHITEHALL TRUST U/T/A DATED AUGUST 1, 2007. (Attachments: # 1 Memorandum of Law in Opposition to Plaintiff's Motion to Compel, # 2 Exhibit s A - Q, # 3 Text of Proposed Order, # 4 Certificate of Service)(Lahoud, Raymond) (Entered: 08/14/2025) |
| 08/14/2025 | 109 | RESPONSE in Opposition re 102 MOTION for Order *TO COMPEL PRODUCTION OF RECORDS,* 101 MOTION to Compel *PRODUCTION OF RECORDS* filed by WHITEHALL FIDUCIARY LLC, AS TRUSTEE OF WHITEHALL TRUST U/T/A DATED AUGUST 1, 2007. (Attachments: # 1 Memorandum, # 2 Text of Proposed Order, # 3 Certificate of Service)(Lahoud, Raymond) (Entered: 08/15/2025) |
| 08/15/2025 | 110 | NOTICE of Hearing: INITIAL PRETRIAL CONFERENCE set for 8/25/2025 at 3:00 pm in Easton before DISTRICT JUDGE CATHERINE HENRY. (Attachments: # 1 Rule 26(f) Report)(tall) (Entered: 08/15/2025) |
| 08/18/2025 | 111 | MOTION to Continue *Initial Pre-Trial Conference* filed by WHITEHALL FIDUCIARY LLC, AS TRUSTEE OF WHITEHALL TRUST U/T/A DATED AUGUST 1, 2007.Certificate of Service.(PRICE, REBECCA) (Entered: 08/18/2025) |

| **PACER Service Center** | | |
|---|---|---|
| **Transaction Receipt** | | |
| 08/18/2025 16:57:15 | | |
| **PACER Login:** | baurkotlaweaston | **Client Code:** | Abe |
| **Description:** | Docket Report | **Search Criteria:** | 5:24-cv-02627-CH |
| **Billable Pages:** | 13 | **Cost:** | 1.30 |

# United States District Court
## Eastern District of Pennsylvania (Allentown)
## CIVIL DOCKET FOR CASE #: 5:24-cv-02709-CH

| | |
|---|---|
| LEHIGH VALLEY 1 LLC v. SAUCON TRUST, U/T/A DATED OCTOBER 1, 2007 | Date Filed: 06/20/2024 |
| Assigned to: DISTRICT JUDGE CATHERINE HENRY | Jury Demand: None |
| Demand: $17,517,000 | Nature of Suit: 220 Real Property: Foreclosure |
| related Case: 5:24-cv-02627-CH | Jurisdiction: Diversity |
| Case in other court: USCA, 25-01899 | |
| Cause: 28:1330 Breach of Contract | |

**Receiver**

| | | |
|---|---|---|
| **DUANE MORRIS LLP** | represented by | **BRETT L. MESSINGER** |
| | | DUANE MORRIS LLP |
| | | 30 SOUTH 17TH STREET |
| | | PHILADELPHIA, PA 19103 |
| | | 215-979-1508 |
| | | Fax: 215-979-1020 |
| | | Email: BLmessinger@duanemorris.com |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |

**ERIN M. DUFFY**
Duane Morris LLP
30 South 17th Street
Philadelphia, PA 19103-4196
215-979-1946
Fax: 215-689-4913
Email: EMDuffy@duanemorris.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**LEIGH MICHAEL SKIPPER**
Duane Morris LLP
30 South 17th Street
19103
Philadelphia, PA 19103
215-979-1157
Fax: 215-689-4939
Email: lmskipper@duanemorris.com
*TERMINATED: 06/04/2025*

**Plaintiff**

| | | |
|---|---|---|
| **LEHIGH VALLEY 1 LLC** | represented by | **PHILLIP D. BERGER** |
| *SUCCESSOR BY ASSIGNMENT TO WINDSTREAM CAPITAL LLC,* | | BERGER LAW GROUP PC |
| *SUCCESSOR BY ASSIGNMENT TO THE UNITED STATES SECRETARY OF* | | 919 CONESTOGA ROAD |
| | | BUILDING THREE, SUITE #114 |
| | | ROSEMONT, PA 19010 |

0015

*HOUSING AND URBAN DEVELOPMENT,*
*SUCCESSOR BY ASSIGNMENT TO M&T*
*REALTY CAPITAL CORPORATION*

610-668-0800
Fax: 610-668-2800
Email: berger@bergerlawpc.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**SAUCON TRUST, U/T/A DATED**
**OCTOBER 1, 2007**

represented by **REBECCA J. PRICE**
Norris McLaughlin, PA
515 W. Hamilton Street
Suite 502
Allentown, PA 18101
610-391-1800
Fax: 610-391-1805
Email: rprice@norris-law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Benjamin P. Sheppard**
Norris McLaughlin PA
515 Hamilton St.
Ste. 502
Allentown, PA 18101
484-765-2214
Email: bsheppard@norris-law.com
*TERMINATED: 07/08/2025*

**JOAN E. LONDON**
KOZLOFF STOUDT
2640 WESTVIEW DR
WYOMISSING, PA 19610
610-670-2552
Email: JLondon@kozloffstoudt.com
*ATTORNEY TO BE NOTICED*

**Raymond Gabriel Lahoud**
Lahoud Law Group, P.C.
600 Hamilton Street
Suite 330
Allentown, PA 18101
484-544-0022
Email: rgl@raylahoud.com
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**SAUCON TRUST, U/T/A DATED**
**OCTOBER 1, 2007**
*TERMINATED: 08/13/2025*

represented by **Benjamin P. Sheppard**
(See above for address)
*TERMINATED: 07/08/2025*

**JOAN E. LONDON**
(See above for address)
*TERMINATED: 08/13/2025*

**REBECCA J. PRICE**
(See above for address)
*TERMINATED: 08/13/2025*


**Raymond Gabriel Lahoud**
(See above for address)
*TERMINATED: 08/13/2025*

V.

**Counter Defendant**

| | | |
|---|---|---|
| **LEHIGH VALLEY 1 LLC** | represented by | **PHILLIP D. BERGER** |
| *SUCCESSOR BY ASSIGNMENT TO* | | (See above for address) |
| *WINDSTREAM CAPITAL LLC,* | | *TERMINATED: 08/13/2025* |
| *SUCCESSOR BY ASSIGNMENT TO THE* | | |
| *UNITED STATES SECRETARY OF* | | |
| *HOUSING AND URBAN DEVELOPMENT,* | | |
| *SUCCESSOR BY ASSIGNMENT TO M&T* | | |
| *REALTY CAPITAL CORPORATION* | | |
| *TERMINATED: 08/13/2025* | | |

| Date Filed | # | Docket Text |
|---|---|---|
| 06/20/2024 | 1 | COMPLAINT *IN MORTGAGE FORECLOSURE* against LEHIGH VALLEY 1 LLC ( Filing fee $ 405 receipt number APAEDC-17551450.), filed by LEHIGH VALLEY 1 LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I)(BERGER, PHILLIP) (Additional attachment(s) added on 6/20/2024: # 10 Civil Cover Sheet Cover Sheet and Designation Form) (sbt). (Entered: 06/20/2024) |
| 06/21/2024 | 2 | Summons Issued as to SAUCON TRUST, U/T/A DATED OCTOBER 1, 2007. Forwarded To: Counsel on 6/21/24. (DT) (Entered: 06/21/2024) |
| 06/24/2024 | 3 | INITIAL PROCEDURAL ORDER. SIGNED BY JUDGE: JOSEPH F. LEESON JR ON 6/24/24. 6/24/24 ENTERED AND COPIES E-MAILED. (DT) (Entered: 06/24/2024) |
| 06/24/2024 | 4 | ORDER OF 6/24/24 THAT THE PLAINTIFF IS HEREBY ORDERED TO FILE ITS DISCLOSURE STATEMENT WITHIN TEN (10) DAYS OF THE DATE OF THIS ORDER. ETC. SIGNED BY JUDGE: JOSEPH F. LEESON JR ON 6/24/24. 6/24/24 ENTERED AND COPIES E-MAILED. (DT) (Entered: 06/24/2024) |
| 06/28/2024 | 5 | Statement *(Disclosure Statement)* by LEHIGH VALLEY 1 LLC. (BERGER, PHILLIP) (Entered: 06/28/2024) |
| 07/08/2024 | 6 | CERTIFICATE OF SERVICE by LEHIGH VALLEY 1 LLC (BERGER, PHILLIP) (Entered: 07/08/2024) |
| 07/16/2024 | 7 | NOTICE of Appearance by REBECCA J. PRICE on behalf of SAUCON TRUST, U/T/A DATED OCTOBER 1, 2007 with Certificate of Service(PRICE, REBECCA) (Entered: 07/16/2024) |
| 07/16/2024 | 8 | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM , MOTION to Dismiss for Lack of Jurisdiction filed by SAUCON TRUST, U/T/A DATED OCTOBER 1, 2007.Order, MOL, COS. (Attachments: # 1 Memorandum in Support of Defendants Motion to Dismiss |

| | | |
|---|---|---|
| | | Plaintiff's Complaint, # 2 Exhibit A-D, # 3 Text of Proposed Order Proposed Order) (PRICE, REBECCA) (Entered: 07/16/2024) |
| 07/18/2024 | 9 | AMENDED COMPLAINT against SAUCON TRUST, U/T/A DATED OCTOBER 1, 2007, filed by LEHIGH VALLEY 1 LLC.(BERGER, PHILLIP) (Entered: 07/18/2024) |
| 07/18/2024 | 10 | ORDER OF 7/18/24 THAT UPON CONSIDERATION OF PLAINTIFF'S FILING OF AN AMENDED COMPLAINT, SEE ECF NO. 9, IT IS ORDERED THAT: THE MOTION TO DISMISS THE ORIGINAL COMPLAINT, ECF NO. 8 IS DISMISSED AS MOOT. SIGNED BY JUDGE: JOSEPH F. LEESON JR ON 7/18/24. 7/18/24 ENTERED AND COPIES EMAILED. (DT) (Entered: 07/18/2024) |
| 08/02/2024 | 11 | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM , MOTION to Dismiss for Lack of Jurisdiction filed by SAUCON TRUST, U/T/A DATED OCTOBER 1, 2007.Memorandum, Certificate of Service, Exhibit. (Attachments: # 1 Text of Proposed Order, # 2 Certificate of Service, # 3 Memorandum, # 4 Exhibit A, # 5 Exhibit B, # 6 Exhibit C, # 7 Exhibit D, # 8 Exhibit E, # 9 Exhibit F)(PRICE, REBECCA) (Entered: 08/02/2024) |
| 08/05/2024 | 12 | MOTION to Appoint Receiver filed by LEHIGH VALLEY 1 LLC.Memorandum, Certificate of Service. (Attachments: # 1 Memorandum, # 2 Certificate of Service, # 3 Text of Proposed Order, # 4 Exhibit Exhibits A-L)(BERGER, PHILLIP) (Entered: 08/05/2024) |
| 08/05/2024 | 13 | ORDER OF 8/5/24 THAT UPON CONSIDERATION OF DEFENDANT'S EX PARTE MOTION TO DISMISS, ECF NO. 11, IT IS ORDERED THAT THE CLERK OF COURT IS DIRECTED TO REMOVE THE EX PARTE DESIGNATION FROM THE MOTION, ECF NO. 11, IN ORDER TO ENSURE THAT THIS ORDER IS SENT TO COUNSEL OF RECORD. ETC. THE MOTION TO DISMISS, ECF NO. 11 IS DISMISSED WITHOUT PREJUDICE FOR FAILING TO COMPLY WITH THE COURT'S INITIAL PROCEDURAL ORDER. ETC. DEFENDANT IS DIRECTED TO REFILE THE MOTION IN COMPLIANCE WITH LOCAL RULES ON OR BEFORE FRIDAY, AUGUST 9, 2024. SIGNED BY JUDGE: JOSEPH F. LEESON JR ON 8/5/24. 8/5/24 ENTERED AND COPIES E-MAILED. (DT) (Entered: 08/05/2024) |
| 08/07/2024 | 14 | First MOTION to Dismiss for Lack of Jurisdiction *Plaintiff's First Amended Complaint* filed by SAUCON TRUST, U/T/A DATED OCTOBER 1, 2007.Memorandum, Certificate of Service. (Attachments: # 1 Text of Proposed Order Motion to Dismiss Plaintiff's First Amended Complaint, # 2 Memorandum in Support of Defendant's Motion to Dismiss Plaintiff's First Amended Complaint, # 3 Exhibit A, # 4 Exhibit B, # 5 Exhibit C, # 6 Exhibit D, # 7 Exhibit E, # 8 Exhibit F)(PRICE, REBECCA) (Entered: 08/07/2024) |
| 08/07/2024 | 15 | ORDER OF 8/7/24 THAT PLAINTIFF'S MOTION TO APPOINT RECEIVER (ECF NO. 12) AND DEFENDANT'S MOTION TO DISMISS (ECF NO. 14), IT IS ORDERED THAT: BOTH MOTIONS ECF NOS. 12 & 14 ARE DISMISSED WITHOUT PREJUDICE FOR FAILING TO COMPLY WITH THE COURT'S INITIAL PROCEDURAL ORDER. ETC. THE PARTIES ARE DIRECTED TO REFILE THEIR RESPECTIVE MOTIONS IN COMPLIANCE WITH LOCAL RULES ON OR BEFORE FRIDAY, AUGUST 9, 2024. SIGNED BY JUDGE: JOSEPH F. LEESON JR ON 8/7/24. 8/7/24 ENTERED AND COPIES E-MAILED. (DT) (Entered: 08/07/2024) |
| 08/07/2024 | 16 | First MOTION to Dismiss for Lack of Jurisdiction *Plaintiff's First Amended Complaint*, First MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM filed by SAUCON TRUST, U/T/A DATED OCTOBER 1, 2007.Memorandum, Certificate of Service. (Attachments: # 1 Text of Proposed Order Motion to Dismiss Plaintiff's First Amended Complaint, # 2 Memorandum in Support of Defendant's Motion to Dismiss Plaintiff's First Amended Complaint, # 3 Exhibit A: Order of Northampton County Court of Common Pleas Striking Confession of Judgment, # 4 Exhibit B: Florida Corporate Records |

| | | |
|---|---|---|
| | | regarding Plaintiff, # 5 Exhibit C: Confession of Judgment by Plaintiff against Defendant in Northampton County Court of Common Pleas, # 6 Exhibit D: Delaware Corporation Records for Plaintiff, # 7 Exhibit E: Public Filing of Collateral Assignment concerning Plaintiff showing Plaintiff is controlled by Windstream, # 8 Exhibit F: HUD Qualifications Statement)(PRICE, REBECCA) (Entered: 08/07/2024) |
| 08/07/2024 | 17 | MOTION to Appoint Receiver filed by LEHIGH VALLEY 1 LLC.Memorandum of Law, Certificate of Service. (Attachments: # 1 Memorandum, # 2 Text of Proposed Order, # 3 Certificate of Service, # 4 Exhibit Exhibit A - Note, # 5 Exhibit Exhibit B - Mortgage, # 6 Exhibit Exhibit C - Legal Description, # 7 Exhibit Exhibit D - Allonge to HUD, # 8 Exhibit Exhibit E - Note Endorsement to Windstream, # 9 Exhibit Exhibit F - Allonge to Lehigh Valley 1 LLC, # 10 Exhibit Exhibit G - Assignment to HUD, # 11 Exhibit Exhibit H-Assignment to Windstream, # 12 Exhibit Exhibit I - Assignment to Lehigh Valley 1 LLC, # 13 Exhibit Exhibit J - Letter Dated July 23 2024, # 14 Exhibit Exhibit K - Security Agreement, # 15 Exhibit Exhibit L - Strumphauzer Biorgraphy)(BERGER, PHILLIP) (Entered: 08/07/2024) |
| 08/15/2024 | 18 | RESPONSE in Opposition re 16 First MOTION to Dismiss for Lack of Jurisdiction *Plaintiff's First Amended Complaint*First MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM filed by LEHIGH VALLEY 1 LLC. (Attachments: # 1 Text of Proposed Order, # 2 Certificate of Service, # 3 Exhibit 1 - Lehigh Valley 1, LLC Corporate Status Report, # 4 Exhibit 2 - Lehigh Valley 1, LLC Organizational Chart, # 5 Exhibit 3 - Northampton County Court Order dated 5/29/24 Striking Confessed Judgment, # 6 Exhibit 4 - Northampton County Docket Listing Matter as Closed, # 7 Exhibit 5 - Assignment of Mortgage from HUD to Windstream Capital LLC)(BERGER, PHILLIP) (Entered: 08/15/2024) |
| 08/21/2024 | 19 | RESPONSE in Opposition re 17 MOTION to Appoint Receiver *Response in Opposition* filed by SAUCON TRUST, U/T/A DATED OCTOBER 1, 2007. (Attachments: # 1 Certificate of Service Certificate of Service, # 2 Text of Proposed Order Proposed Order, # 3 Memorandum Memorandum of Law, # 4 Exhibit Exhibit 1: Northampton County order striking confession of judgment)(PRICE, REBECCA) (Entered: 08/21/2024) |
| 08/21/2024 | 20 | REPLY to Response to Motion re 16 First MOTION to Dismiss for Lack of Jurisdiction *Plaintiff's First Amended Complaint*First MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *Reply to Plaintiff's Response* filed by SAUCON TRUST, U/T/A DATED OCTOBER 1, 2007. (Attachments: # 1 Certificate of Service Certificate of Service) (PRICE, REBECCA) (Entered: 08/21/2024) |
| 08/22/2024 | 21 | REPLY to Response to Motion re 17 MOTION to Appoint Receiver filed by LEHIGH VALLEY 1 LLC. (Attachments: # 1 Certificate of Service)(BERGER, PHILLIP) (Entered: 08/22/2024) |
| 08/29/2024 | 22 | MOTION for Leave to File *A SUR-REPLY BRIEF* filed by SAUCON TRUST, U/T/A DATED OCTOBER 1, 2007.Certificate of Service. (Attachments: # 1 Text of Proposed Order Defendant Motion for Leave to File Sur-Reply Brief, # 2 Exhibit A - Memorandum of Law in Support of Defendant's Sur-Reply Brief, # 3 Certificate of Service 8.29.24) (PRICE, REBECCA) (Entered: 08/29/2024) |
| 08/29/2024 | 23 | ORDER THAT THE TRUSTS MOTION FOR LEAVE, ECF NO. 22 , IS GRANTED, AND THE SUR-REPLY BRIEF SUBMITTED WITH THE MOTION FOR LEAVE SHALL BE DEEMED FILED AS OF THE DATE OF THIS ORDER. SIGNED BY DISTRICT JUDGE JOSEPH F. LEESON, JR ON 8/29/24.8/29/24 ENTERED AND COPIES E-MAILED.(mas) (Entered: 08/29/2024) |
| 08/29/2024 | 25 | MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS SUR-REPLY BRIEF IN OPPOSITION TO PLAINTIFFS MOTION FOR THE APPOINTMENT OF A RECEIVER |

| | | |
|---|---|---|
| | | OF THE RENTS AND PROFITS OF THE MORTGAGED PREMISES filed by SAUCON TRUST, U/T/A DATED OCTOBER 1, 2007. CERTIFICATE OF SERVICE. (mas) (Entered: 09/03/2024) |
| 09/03/2024 | 24 | NOTICE of Appearance by JOAN E. LONDON on behalf of SAUCON TRUST, U/T/A DATED OCTOBER 1, 2007 with Certificate of Service(LONDON, JOAN) (Entered: 09/03/2024) |
| 09/05/2024 | 26 | MOTION for Leave to File *Sur-Reply in Further Opposition to Defendant's Motion to Dismiss* filed by LEHIGH VALLEY 1 LLC.Certificate of Service. (Attachments: # 1 Exhibit A - Proposed Sur-Reply, # 2 Text of Proposed Order, # 3 Certificate of Service) (BERGER, PHILLIP) (Entered: 09/05/2024) |
| 09/05/2024 | 27 | ORDER OF 9/5/24 THAT UPON CONSIDERATION OF PLAINTIFF LEHIGH VALLEY I LLC'S MOTION FOR LEAVE TO FILE A SUR-REPLY BRIEF AND ANY RESPONSE THERETO, IT IS HEREBY ORDERED THAT PLAINTIFF'S MOTION FOR LEAVE IS GRANTED, AND THE PLAINTIFF'S SUR-REPLY BRIEF SUBMITTED WITH THE MOTION FOR LEAVE SHALL BE DEEEMED FILED AS OF THE DATE OF THIS ORDER. NO FURTHER BRIEFING WILL BE PERMITTED. SIGNED BY JUDGE: JOSEPH F. LEESON JR ON 9/5/24. 9/5/24 ENTERED AND COPIES E-MAILED. (DT) (Entered: 09/05/2024) |
| 09/05/2024 | 28 | Plaintiff's Sur-Reply in Further Opposition to Defendant's Motion to Dismiss Plaintiff's Complaint. (DT) (Main Document 28 replaced on 9/6/2024) (dt). (Entered: 09/05/2024) |
| 10/07/2024 | 29 | ORDER THAT THIS CASE IS REASSIGNED FROM DISTRICT JUDGE JOSEPH F. LEESON, JR TO DISTRICT JUDGE MARY KAY COSTELLO FOR ALL FURTHER PROCEEDINGS. SIGNED BY GEORGE V WYLESOL, CLERK OF COURT ON 10/7/24. 10/7/24 ENTERED AND COPIES E-MAILED.(dt) (Entered: 10/07/2024) |
| 12/11/2024 | 30 | AFFIDAVIT re 18 Response in Opposition to Motion,, *Affidavit of James Fratangelo* by LEHIGH VALLEY 1 LLC. (Attachments: # 1 Certificate of Service, # 2 Exhibit 1 - Organizational Chart, # 3 Exhibit 2 - Lehigh Valley 1 LLC Corporate Records, # 4 Exhibit 3 - NPL Lehigh Valley LLC Corporate Records, # 5 Exhibit 4 - Windstream Capital LLC Corporate Records, # 6 Exhibit 5 - Greenwich Investors Lehigh Valley LLC Corporate Records, # 7 Exhibit 6 - Greenwich Investors 1 LLC Corporate Records, # 8 Exhibit 7 - WM Daugherty & Company LLC Corporate Records, # 9 Exhibit 8 - C R Andersen Investments, LLC Corporate Records, # 10 Exhibit 9 - Lumberjack Investors LLC Corporate Records, # 11 Exhibit 10 - WMD Childrens' LLC Corporate Records, # 12 Exhibit 11 - Prospect Pools 1 LLC Corporate Records, # 13 Exhibit 12 - Lehigh Valley 1 LLC's Operating Agreement, # 14 Exhibit 13 - Payoff Statement as of June 15, 2024, # 15 Exhibit 14 - HUD Statement as of August 18, 2023)(BERGER, PHILLIP) (Entered: 12/11/2024) |
| 01/03/2025 | 31 | Letter dated January 3, 2025 by LEHIGH VALLEY 1 LLC. (BERGER, PHILLIP) (Entered: 01/03/2025) |
| 01/07/2025 | 32 | MOTION to Strike *Immaterial and Impertinent Material* filed by SAUCON TRUST, U/T/A DATED OCTOBER 1, 2007.Memorandum, Certificate of Service. (Attachments: # 1 Memorandum in Support Motion to Strike, # 2 Certificate of Service, # 3 Text of Proposed Order Motion to Strike)(PRICE, REBECCA) (Entered: 01/07/2025) |
| 01/08/2025 | 33 | RESPONSE in Opposition re 32 MOTION to Strike *Immaterial and Impertinent Material* filed by LEHIGH VALLEY 1 LLC. (Attachments: # 1 Memorandum, # 2 Text of Proposed Order, # 3 Certificate of Service)(BERGER, PHILLIP) (Entered: 01/08/2025) |
| 01/14/2025 | 34 | NOTICE of Appearance by Benjamin Powel Sheppard on behalf of SAUCON TRUST, U/T/A DATED OCTOBER 1, 2007 (Attachments: # 1 Certificate of Service)(Sheppard, |

| | | |
|---|---|---|
| | | Benjamin) (Entered: 01/14/2025) |
| 01/15/2025 | 35 | RESPONSE to Motion re 32 MOTION to Strike *Immaterial and Impertinent Material* filed by SAUCON TRUST, U/T/A DATED OCTOBER 1, 2007. (Attachments: # 1 Certificate of Service)(Sheppard, Benjamin) (Entered: 01/15/2025) |
| 01/23/2025 | 36 | Letter dated 01/23/2025 by LEHIGH VALLEY 1 LLC. (BERGER, PHILLIP) (Entered: 01/23/2025) |
| 01/24/2025 | 37 | NOTICE of Hearing on Motion 17 MOTION to Appoint Receiver , 16 First MOTION to Dismiss for Lack of Jurisdiction *Plaintiff's First Amended Complaint*First MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM , 32 MOTION to Strike *Immaterial and Impertinent Material* : MOTION HEARING SET FOR 2/18/2025 10:00 AM IN Courtroom TBD BEFORE DISTRICT JUDGE MARY KAY COSTELLO.(mlc) (Entered: 01/24/2025) |
| 02/12/2025 | 38 | NOTICE OF COURTROOM ASSIGNMENT The February 18, 2025 10:00 am Hearing will take place in Courtroom 16A, 16th Floor.(mlc) (Entered: 02/12/2025) |
| 02/17/2025 | 39 | NOTICE of Appearance by Raymond Gabriel Lahoud on behalf of SAUCON TRUST, U/T/A DATED OCTOBER 1, 2007 (Attachments: # 1 Certificate of Service)(Lahoud, Raymond) (Entered: 02/17/2025) |
| 02/18/2025 | 40 | Minute Entry for proceedings held before DISTRICT JUDGE MARY KAY COSTELLOin Courtroom 16A Motion Hearing held on 2/18/2025 re 16 First MOTION to Dismiss for Lack of Jurisdiction *Plaintiff's First Amended Complaint*First MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM filed by SAUCON TRUST, U/T/A DATED OCTOBER 1, 2007, 17 MOTION to Appoint Receiver filed by LEHIGH VALLEY 1 LLC, 32 MOTION to Strike *Immaterial and Impertinent Material* filed by SAUCON TRUST, U/T/A DATED OCTOBER 1, 2007. Court Reporter: ESR. (sg) Modified on 2/19/2025 (lisad, ). (Entered: 02/18/2025) |
| 02/19/2025 | 41 | ORDER THAT IT APPEARING THAT DEFENDANT HAS FAILED TO FILE THE DISCLOSURE STATEMENT REQUIRED BY FEDERAL RULE OF CIVIL PROCEDURE 7.1(A)(2), IT IS HEREBY ORDERED THAT DEFENDANT SHALL FILE ITS DISCLOSURE STATEMENT NO LATER THAN FEBRUARY 26, 2025.. SIGNED BY DISTRICT JUDGE MARY KAY COSTELLO ON 2/19/2025. 2/19/2025 ENTERED AND COPIES E-MAILED.(sg) (Entered: 02/19/2025) |
| 02/19/2025 | 42 | ORDER THAT UPON CONSIDERATION OF DEFENDANTS MOTION TO DISMISS PLAINTIFFS FIRST AMENDED COMPLAINT (ECF NO. 16) AND THE RESPONSE THERETO, AND FOR THE REASONS STATED ON THE RECORD DURING ORAL ARGUMENT, IT IS HEREBY ORDERED THAT DEFENDANTS MOTION TO DISMISS IS DENIED. SIGNED BY DISTRICT JUDGE MARY KAY COSTELLO ON 2/19/2025.2/19/2025 ENTERED AND COPIES E-MAILED.(sg) (Entered: 02/19/2025) |
| 02/19/2025 | 43 | ORDER THAT UPON CONSIDERATION OF DEFENDANTS MOTION TO STRIKE (ECF NO. 32) AND THE RESPONSE THERETO, AND FOR THE REASONS STATED ON THE RECORD DURING ORAL ARGUMENT, IT IS HEREBY ORDERED THAT DEFENDANTS MOTION TO STRIKE IS DENIED.. SIGNED BY DISTRICT JUDGE MARY KAY COSTELLO ON 2/19/2025.2/19/2025 ENTERED AND COPIES E-MAILED.(sg) (Entered: 02/19/2025) |
| 02/19/2025 | 44 | Letter dated 02/19/2025 by LEHIGH VALLEY 1 LLC. (BERGER, PHILLIP) (Entered: 02/19/2025) |
| 02/20/2025 | 45 | Letter dated February 20, 2025 by SAUCON TRUST, U/T/A DATED OCTOBER 1, 2007. (PRICE, REBECCA) (Entered: 02/20/2025) |

| | | |
|---|---|---|
| 02/26/2025 | 46 | Disclosure Statement Form pursuant to FRCP 7.1 with Certificate of Service by SAUCON TRUST, U/T/A DATED OCTOBER 1, 2007. (Attachments: # 1 Certificate of Service)(Lahoud, Raymond) (Entered: 02/26/2025) |
| 02/28/2025 | 47 | TRANSCRIPT of ORAL ARGUMENTS HEARING, held on 2/18/2025, before Judge MARY KAY COSTELLO. Court Reporter/Transcriber PRINCIPLE COURT REPORTING. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.. Redaction Request due 3/21/2025. Redacted Transcript Deadline set for 3/31/2025. Release of Transcript Restriction set for 5/29/2025. (sg) (Entered: 02/28/2025) |
| 02/28/2025 | 48 | Notice of Filing of Official Transcript with Certificate of Service re 47 Transcript - PDF,, 2/28/2025 Entered and Copies Emailed. (sg) (Entered: 02/28/2025) |
| 03/04/2025 | 49 | 🔊 Audio File 2/18/2025 10:00am, regarding Oral Argument held on 2/18/2025, before DISTRICT JUDGE MARY KAY COSTELLO (cjh) (Entered: 03/04/2025) |
| 03/05/2025 | 50 | ANSWER to 9 Amended Complaint *with Affirmative Defenses*, COUNTERCLAIM against LEHIGH VALLEY 1 LLC by SAUCON TRUST, U/T/A DATED OCTOBER 1, 2007.(Lahoud, Raymond) (Entered: 03/05/2025) |
| 03/14/2025 | 51 | MOTION to Dismiss *Defendant's Counterclaims and to Strike Defendant's Affirmative Defenses* filed by LEHIGH VALLEY 1 LLC.Memorandum of Law, Certificate of Service. (Attachments: # 1 Memorandum, # 2 Text of Proposed Order, # 3 Certificate of Service)(BERGER, PHILLIP) (Entered: 03/14/2025) |
| 03/17/2025 | 52 | ORDER THAT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 42(A), THE ABOVE-CAPTIONED CIVIL ACTION IS CONSOLIDATED WITH LEHIGH VALLEY 1 LLC V. WHITEHALL FIDUCIARY LLC, CIVIL NO. 24-CV-2627, AND ASSIGNED TO THE HONORABLE CATHERINE HENRY FOR ALL PURPOSES. SIGNED BY CHIEF JUDGE MITCHELL S. GOLDBERG ON 3/17/25. 3/17/25 ENTERED AND COPIES E-MAILED.(mas) (Entered: 03/17/2025) |
| 03/28/2025 | 53 | RESPONSE to Motion re 51 MOTION to Dismiss *Defendant's Counterclaims and to Strike Defendant's Affirmative Defenses* filed by SAUCON TRUST, U/T/A DATED OCTOBER 1, 2007. (Attachments: # 1 Text of Proposed Order March 28, 2025, # 2 Brief MOL in Opposition to Plaintiff's Motion to Dismiss, # 3 Certificate of Service March 28, 2025, # 4 Exhibit A - Fischer Opinion, # 5 Exhibit B - Bidder Information Package)(PRICE, REBECCA) (Entered: 03/28/2025) |
| 04/03/2025 | 54 | ORDER OF 4/3/25 THAT PLAINTIFF'S MOTION FOR LEAVE TO FILE A SUR-SUR-REPLY BRIEF IS GRANTED. THE CLERK SHALL DOCKET THE SUR-SUR-REPLY BRIEF ATTACHED AS EXHIBIT A TO PLAINTIFF'S MOTION.. SIGNED BY DISTRICT JUDGE CATHERINE HENRY ON 4/3/25. 4/3/25 ENTERED AND COPIES E-MAILED.(dt) (Entered: 04/03/2025) |
| 04/03/2025 | 55 | Plaintiff's Sur-Sur-Reply in Further Support of its Motion to Dismiss Defendant's Counterclaims and to Strike Defendant's Affirmative Defenses, Certificate of Service. (dt) (Entered: 04/03/2025) |
| 04/04/2025 | 56 | REPLY to Response to Motion re 51 MOTION to Dismiss *Defendant's Counterclaims and to Strike Defendant's Affirmative Defenses* filed by LEHIGH VALLEY 1 LLC. (Attachments: # 1 Certificate of Service)(BERGER, PHILLIP) (Entered: 04/04/2025) |
| 05/02/2025 | 57 | MEMORANDUM OPINION. SIGNED BY DISTRICT JUDGE CATHERINE HENRY ON 5/2/25. 5/2/25 ENTERED AND COPIES E-MAILED.(mas) (Entered: 05/02/2025) |

| 05/02/2025 | 58 | ORDER THAT PLAINTIFFS 17 MOTIONS ARE GRANTED. IT IS FURTHER ORDERED AS FOLLOWS: 1. DUANE MORRIS LLP THROUGH ERIN DUFFY, ESQ. IS APPOINTED AS RECEIVER WITH THE USUAL POWERS AND DIRECTIONS FOR THE BENEFIT OF THE PLAINTIFF OF ALL THE RENTS AND PROFITS NOW DUE AND UNPAID OR TO BECOME DUE DURING THE PENDENCY OF THIS MORTGAGE FORECLOSURE ACTION, EFFECTIVE. SIGNED BY DISTRICT JUDGE CATHERINE HENRY ON 5/2/25. 5/2/25 ENTERED AND COPIES E-MAILED. (mas) (Entered: 05/02/2025) |
| --- | --- | --- |
| 05/02/2025 | 59 | NOTICE OF APPEAL as to 57 Memorandum and/or Opinion, 58 Order (Memorandum and/or Opinion), by SAUCON TRUST, U/T/A DATED OCTOBER 1, 2007. Filing fee $ 605, receipt number APAEDC-18263155. (Attachments: # 1 Certificate of Service) (Lahoud, Raymond) (Entered: 05/02/2025) |
| 05/14/2025 | 60 | NOTICE of Docketing Record on Appeal from USCA re 59 Notice of Appeal (Credit Card Payment), filed by SAUCON TRUST, U/T/A DATED OCTOBER 1, 2007. USCA Case Number 25-1899 (sg) (Entered: 05/14/2025) |
| 05/27/2025 | 61 | MOTION to Stay *Appointment of Receiver Pending Resolution of Appeals* filed by SAUCON TRUST, U/T/A DATED OCTOBER 1, 2007.Memorandum, Certificate of Service. (Attachments: # 1 Certificate of Service May 27, 2025, # 2 Memorandum MOL in Support of Defendants' Motion to Stay Appointment of Receiver Pending Appeals, # 3 Text of Proposed Order)(PRICE, REBECCA) (Entered: 05/27/2025) |
| 05/30/2025 | 62 | RESPONSE in Opposition re 61 MOTION to Stay *Appointment of Receiver Pending Resolution of Appeals* filed by LEHIGH VALLEY 1 LLC. (Attachments: # 1 Memorandum, # 2 Exhibit A, # 3 Exhibit B, # 4 Certificate of Service, # 5 Text of Proposed Order)(BERGER, PHILLIP) (Entered: 05/30/2025) |
| 05/30/2025 | 63 | NOTICE of Appearance by LEIGH MICHAEL SKIPPER on behalf of DUANE MORRIS LLP (sfl) (Entered: 05/30/2025) |
| 05/30/2025 | 64 | MOTION for Contempt filed by Leigh M. Skipper, DUANE MORRIS LLP.Memo of Law with Exhibit, Proposed Order, an d Certificate of Service. (Attachments: # 1 Memorandum, # 2 Text of Proposed Order, # 3 Certificate of Service)(sfl) (Entered: 05/30/2025) |
| 06/02/2025 | 65 | Report Of *RECEIVERS FIRST REPORT AND SUMMARY OF INVENTORY* by DUANE MORRIS LLP. (SKIPPER, LEIGH) (Entered: 06/02/2025) |
| 06/04/2025 | 66 | NOTICE of Withdrawal of Appearance by LEIGH MICHAEL SKIPPER on behalf of DUANE MORRIS LLP(SKIPPER, LEIGH) (Entered: 06/04/2025) |
| 06/04/2025 | 67 | MOTION to Withdraw 64 MOTION for Contempt filed by DUANE MORRIS LLP.Certificate of Service.(SKIPPER, LEIGH) (Entered: 06/04/2025) |
| 06/04/2025 | 68 | Proposed Pretrial Order *for Motion to Withdraw Motion for Contempt* by DUANE MORRIS LLP. (SKIPPER, LEIGH) (Entered: 06/04/2025) |
| 06/04/2025 | 69 | Letter dated June 04, 2025 by DUANE MORRIS LLP. (SKIPPER, LEIGH) (Entered: 06/04/2025) |
| 06/09/2025 | 70 | ORDER OF 6/9/25 THAT DEFENDANTS' MOTION TO STAY APPOINTMENT OF RECEIVER PENDING RESOLUTION OF APPEALS (DOC. 61) IS DENIED. ETC. SIGNED BY JUDGE CATHERINE HENRY ON 6/9/25. 6/9/25 ENTERED AND COPIES E-MAILED. (DT) (Entered: 06/09/2025) |
| 06/09/2025 | 71 | NOTICE of Appearance by ERIN M. DUFFY on behalf of DUANE MORRIS LLP with Certificate of Service(DUFFY, ERIN) (Entered: 06/09/2025) |

| 06/09/2025 | 72 | Report Of *RECEIVERS FIRST REPORT AND SUMMARY OF INVENTORY* by DUANE MORRIS LLP. (DUFFY, ERIN) (Entered: 06/09/2025) |
|---|---|---|
| 06/09/2025 | 73 | ORDER THAT THE MOTION TO WITHDRAW (DOCKET NO. 74) IS GRANTED. RECEIVERS MOTION FOR CONTEMPT (DOCKET NO. 71) IS HEREBY CONSIDERED WITHDRAWN. SIGNED BY DISTRICT JUDGE CATHERINE HENRY ON 6/9/25. 6/10/25 ENTERED AND COPIES E-MAILED.(mas) (Entered: 06/10/2025) |
| 06/17/2025 | 74 | TRANSCRIPT of MOTION TO APPOINT RECEIVER, held on 2/13/2025, before Judge CATHERINE HENRY. Court Reporter/Transcriber REDDOOR LEGAL SERVICES, LLC. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.. Redaction Request due 7/8/2025. Redacted Transcript Deadline set for 7/18/2025. Release of Transcript Restriction set for 9/15/2025. (sg) (Entered: 06/18/2025) |
| 06/18/2025 | 75 | Notice of Filing of Official Transcript with Certificate of Service re 74 Transcript - PDF,, 6/18/2025 Entered and Copies Emailed. (sg) (Entered: 06/18/2025) |
| 07/01/2025 | 76 | Report Of *Receiver's Compensation Report* by DUANE MORRIS LLP. (DUFFY, ERIN) (Entered: 07/01/2025) |
| 07/08/2025 | 77 | NOTICE of Withdrawal of Appearance by Benjamin P. Sheppard on behalf of SAUCON TRUST, U/T/A DATED OCTOBER 1, 2007(Sheppard, Benjamin) (Entered: 07/08/2025) |
| 07/15/2025 | 78 | ORDER OF 7/15/25 THAT THE UPDATED RECEIVER REPORT AND SUMMARY OF INVENTORY IN THIS MATTER SHALL BE FILED ON OR BEFORE JULY 31, 2025. SIGNED BY JUDGE CATHERINE HENRY ON 7/15/25. 7/15/25 ENTERED AND COPIES E-MAILED.(dt) (Entered: 07/15/2025) |
| 07/25/2025 | 79 | NOTICE of Appearance by BRETT L. MESSINGER on behalf of DUANE MORRIS LLP with Certificate of Service(MESSINGER, BRETT) (Entered: 07/25/2025) |
| 07/31/2025 | 80 | Report Of *RECEIVERS SECOND REPORT AND SUMMARY OF INVENTORY* by DUANE MORRIS LLP. (DUFFY, ERIN) (Entered: 07/31/2025) |
| 07/31/2025 | 81 | MOTION to Compel *PRODUCTION OF RECORDS* filed by DUANE MORRIS LLP.Memorandum, Certificate of Service. (Attachments: # 1 Memorandum Memorandum in support of Motion to Compel, # 2 Certificate of Service Motion to Compel Certificate of Service)(DUFFY, ERIN) (Entered: 07/31/2025) |
| 07/31/2025 | 82 | MOTION for Order *TO COMPEL PRODUCTION OF RECORDS* filed by DUANE MORRIS LLP.Certificate of Service. (Attachments: # 1 Certificate of Service Certificate of Service)(DUFFY, ERIN) (Entered: 07/31/2025) |
| 08/01/2025 | 83 | Report Of *Receiver's Compensation Report* by DUANE MORRIS LLP. (DUFFY, ERIN) (Entered: 08/01/2025) |
| 08/13/2025 | 84 | MEMORANDUM AND/OR OPINION. SIGNED BY JUDGE CATHERINE HENRY ON 8/13/25. 8/13/25 ENTERED AND COPIES E-MAILED.(dt) (Entered: 08/13/2025) |
| 08/13/2025 | 85 | ORDER OF 8/13/25 THAT FOR THE REASONS STATED IN THE MEMORANDUM OPINION ISSUED THIS DATE THE PLAINTIFF'S MOTION TO DISMISS COUNTERCLAIMS AND TO STRIKE DEFENDANT'S AFFIRMATIVE DEFENSES (DOCKET NO. 43 IN CASE NUMBER 24-2627 AND DOCKET NO. 51 IN CASE NUMBER 24-2709) AND DEFENDANTS' OPPOSITION THERETO AS WELL AS ALL REPLIES AND SUR-REPLIES, IT IS HEREBY ORDERED AS FOLLOWS: PLAINTIFF'S MOTION TO DISMISS AND TO STRIKE IS GRANTED IN PART AND DENIED IN PART. PLAINTIFF'S MOTION TO DISMISS IS GRANTED AS TO |

| | | |
|---|---|---|
| | | DEFENDANTS' COUNTERCLAIMS AND ALL COUNTERCLAIMS ARE STRIKCEN FROM DEFENDANTS' ANSWER. PLAINTIFF'S MOTION TO STRIKE IS GRANTED AS TO AFFIRMATIVE DEFENSES 7,8,10,11,12,13,14,15,16,31,32 AND 34. THESE DEFENSES ARE STRICKEN FROM DEFENDANTS' ANSWER WITH LEAVE TO AMEND. PLAINTIFF'S MOTION TO STRIKE IS GRANTED AS TO AFFIRMATIVE DEFENSES 2, 19 AND 20. THESE DEFENSES ARE STRICKEN FROM DEFENDANTS' ANSWER AND NO LEAVE TO AMEND WILL BE GIVEN, AS AMENDMENT WOULD BE FUTILE. PLAINTIFF'S MOTION TO STRIKE IS DENIED AS TO AFFIRMATIVE DEFENSES 1,3,4,5,6,17,18,21,22,23,24,25,26,27,28,39,30 AND 33. SIGNED BY JUDGE CATHERINE HENRY ON 8/13/25. 8/13/25 ENTERED AND COPIES E-MAILED. (DT) (Entered: 08/13/2025) |
| 08/14/2025 | 86 | MOTION for Protective Order filed by SAUCON TRUST, U/T/A DATED OCTOBER 1, 2007.Memorandum of Law, Certificate of Counsel, and Certificate of Service. (Attachments: # 1 Memorandum of Law in Support of Motion for Protective Order, # 2 Statement of Opposing Counsel's Position, # 3 Text of Proposed Order, # 4 Exhibit s A - Q, # 5 Certificate of Service)(Lahoud, Raymond) (Entered: 08/14/2025) |
| 08/15/2025 | 87 | RESPONSE in Opposition re 82 MOTION for Order *TO COMPEL PRODUCTION OF RECORDS*, 81 MOTION to Compel *PRODUCTION OF RECORDS* filed by SAUCON TRUST, U/T/A DATED OCTOBER 1, 2007. (Attachments: # 1 Memorandum, # 2 Text of Proposed Order, # 3 Certificate of Service)(Lahoud, Raymond) (Entered: 08/15/2025) |
| 08/15/2025 | 88 | NOTICE of Hearing: INITIAL PRETRIAL CONFERENCE set for 8/25/2025 at 3:00 pm in Easton before DISTRICT JUDGE CATHERINE HENRY. (Attachments: # 1 Rule 26(f) Report)(tall) (Entered: 08/15/2025) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 08/18/2025 16:59:53 | | |
| **PACER Login:** | baurkotlaweaston | **Client Code:** | Abe |
| **Description:** | Docket Report | **Search Criteria:** | 5:24-cv-02709-CH |
| **Billable Pages:** | 10 | **Cost:** | 1.00 |

<u>**CERTIFICATE OF SERVICE**</u>

I, Raymond G. Lahoud, Esquire, hereby certify that on the date set forth below, I served a true and correct copy of Appellants' Addendum to Appendix, with the Clerk of the Court for the United States Court of Appeals for the Third Circuit through the Court's CM/ECF system.

I further certify that Counsel for Appellee is a registered CM/ECF user, and that service will be accomplished on the date set forth herein <u>via</u> the Court's CM/ECF system.

Respectfully Submitted,

**LAHOUD LAW GROUP, P.C.**

Date: August 19, 2025

/s/ Raymond G. Lahoud
Raymond G. Lahoud, Esquire
600 Hamilton Street
Suite 300
Allentown, PA 18101
P:     (484) 544-0022
F:     (484) 750-2540
E:     rgl@raylahoud.com