# ELECTRONIC DOCUMENT COMPLIANCE

Pursuant to Third Circuit Local Appellate Rule 13.1(c), I hereby certify that the text of the electronic brief is identical to the text in the paper copies. The brief was scanned using Microsoft Defender version 1.435.405.0, and no viruses were detected.

Respectfully Submitted,

Dated: August 26, 2025

*Phillip D. Berger*
Phillip D. Berger, Esquire
Attorney I.D. No. 58942
Matthew R. Kaufmann, Esq.
Attorney I.D. No. 206991
BERGER LAW GROUP, P.C.
919 Conestoga Road
Building 3, Suite 100
Bryn Mawr, PA 19010
(610) 668-0774
(610) 668-2800
Attorneys for Plaintiff/Appellee